UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

CASE NO. _____

DANIEL R. MELSON,

      Plaintiff,

vs.

FINANCE AMERICA, LLC d/b/a Fin-Am LLC Originating Lender;
OCWEN LOAN SERVICING, LLC, ORIGINAL LOAN SERVICER, LOAN NO. XXXX4212;
THE CIT GROUP/CONSUMER FINANCING, INC., AND SUCCESSOR LOAN SERVICER, ACT. NO. XXXXXXXX6306;
SELECT PORTFOLIO SERVICING, INC. LOAN NO. XXXXXX0342;
U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE ON BEHALF OF THE HOLDERS OF THE CSMC TRUST 2006-CF2 CS MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-CF2; and,
THE PUBLIC TRUSTEE OF PARK COUNTY, COLORADO; ET AL.

      Defendant(s).

## NOTICE OF REMOVAL OF CIVIL ACTION BASED UPON FEDERAL QUESTION

Defendant U.S. Bank National Association as Trustee on behalf of the Holders of the CSMC Trust 2006-CF2 CS Mortgage Pass-Through Certificates Series 2006-CF2, ("U.S. Bank"), through its attorneys, Castle Meinhold & Stawiarski, LLC, by Phillip A. Vaglica, of counsel, states as follows:

    1.    U.S. Bank is a named defendant in a civil action commenced in the district court of the State of Colorado for Park County, Case No. 2009CV286, entitled "Daniel R. Melson, Plaintiff, vs. Finance America, LLC d/b/a Fin-Am LLC Originating Lender; Ocwen Loan Servicing, LLC, Original Loan Servicer, Loan No. 34974212; the CIT Group/Consumer Financing, Inc., and successor loan servicer, Act. No. 0000900276306;

Select Portfolio Servicing, Inc. Loan No. 0008900342; US Bank National Association as Trustee on Behalf of the Holders of the CSMC Trust 2006-CF2 CS Mortgage Pass-Through Certificates Series 2006-CF2; and the Public Trustee for Park County, Colorado, et al., Defendants."

2. The complaint and a request for a temporary restraining order were filed on October 10, 2009, and the state court denied the request for temporary restraining order on October 22, 2009. On December 15, 2009, the state court issued a Notice of Dismissal for Failure to Prosecute, and on January 14, 2010, the action was dismissed for failure to prosecute. U. S. Bank had previously been served on January 8, 2010 with a summons and complaint and request for temporary restraining order; the return of service was filed on January 15, 2010, one day after this matter was dismissed.

3. On March 8, 2010, plaintiff filed an Ammended (sic) Motion to Set Aside Case Closuer (sic), and the court granted the motion on March 9, 2010. Immediately thereafter, on March 10, 2010, plaintiff filed a motion for default judgment. On March 15, 2010, U.S. Bank filed its response to the motion for default as well as a motion for enlargement of time to file a responsive pleading. On March 15, 2010, the court denied the motion for default judgment and granted U.S. Bank twenty (20) days to file its responsive pleading. U.S. Bank's responsive pleading was filed on April 5, 2010. U.S. Bank has not been served with a summons and complaint after the action was dismissed, and the thirty-day removal period has not expired for U.S. Bank.

4. On March 23, 2010, defendant Select Portfolio Servicing, Inc. ("SPS") was served with a summons (Exhibit B-17) in this matter. No proof of SPS having been

2

served with the amended complaint has been filed in state court. However, SPS has consented to this defendant's removal of this action (Exhibit C).

5. On April 6, 2010, the defendant Park County Public Trustee filed a disclaimer of interest as to this matter. No other defendants have been served in this action.

6. The plaintiff's amended complaint alleges claims for relief based upon questions of federal law, such as the Truth-In-Lending Act ("TILA") (Amended Complaint paragraphs 11 and 20), and the Real Estate Settlement Procedures Act ("RESPA") (Amended Complaint, paragraphs 13 and 22). Consequently, the action is removable to this court because it originally could have been filed in a United States District Court pursuant to 28 *U.S.C.* § 1441(a). The amended complaint presents federal questions, *e.g.* TILA, 15 *U.S.C.* § 1601, et seq., and RESPA, *U.S.C.* § 2601, et seq., which confer jurisdiction on this court in accordance with 28 *U.S.C.* § 1331. See, Amended Complaint, paragraph 34, claiming an entitlement pursuant to "…federal law."

7. Notice of this removal was contemporaneously served upon the state district court as reflected in Exhibit A. The following constitutes all of the process, pleadings and orders filed in the state court action to date:

> B-1   Complaint, Request for Temporary Restraining Order and Injunction, Request for Declaratory Relief and Request for Jury Trial (including Exhibits A & B, plaintiff's affidavit (unsigned) and plaintiff's affidavit (signed and notarized ))
>
> B-2   District Court Civil Cover Sheet
>
> B-3   Response to Motion for Temporary Restraining Order;
>
> B-4   Plaintiff's Reply to Defendant's Response to Request for Temporary Restraining Order;

3

| | | |
|---|---|---|
| B-5 | | Ordering Denying Request for a Temporary Restraining Order; |
| B-6 | | Notice of Dismissal for Failure to Prosecute; |
| B-7 | | Return of Service (U.S.Bank); |
| B-8 | | Return of Service (Park County Public Trustee); |
| B-9 | | Ammended (sic) Motion to Set Aside Case Closuer (sic) and proposed order); |
| B-10 | | Order (reinstating case); |
| B-11 | | Motion for Default Judgment and proposed order; |
| B-12 | | Combined Motion for Enlargement of Time and Response; |
| B-13 | | Reply (to motion for default judgment) and proposed order; |
| B-14 | | Order (granting motion for enlargement of time to file responsive pleading); |
| B-15 | | Order (denying motion for default judgment); |
| B-16 | | Amended Complaint and Request for Declaratory Relief, Request for Permanent Injunction and Damages; |
| B-17 | | Return of Service of Summons on SPS; |
| B-18 | | Answer of U.S. Bank; |
| B-19 | | Disclaimer of Public Trustee; and |
| B-20 | | Docket for 2009CV286. |

Copies of these documents are attached as Exhibits B-1 through B-20.

WHEREFORE, Defendant U.S. Bank files this notice to remove the above action now pending in the District Court of the State of Colorado, County of Park, Case No. 2009CV286, from that court to this court.

4

DATED this 6th day of April, 2010.

        CASTLE MEINHOLD & STAWIARSKI, LLC

        */s/ Phillip A. Vaglica*
        Phillip A. Vaglica, of counsel
        Keith A. Gantenbein, Jr.
        999 Eighteenth Street, Suite 2201
        Denver, CO 80202
        Tel: (303) 865-1400
        Fax: (303) 865-1410
        E-mail: pvaglica@cmsatty.com;
                vaglica@vaglica.com;
                kgantenbein@cmsatty.com
        Attorneys for Defendant U.S. Bank

**[Remainder of page intentionally left blank]**

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2010, I have mailed or served the foregoing Notice of Removal to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

   John W. Swanson, Esq.  (via United States mail, first class postage prepaid)
   Law Office of John W. Swanson
   1767 Denver West Blvd., Ste. A
   Golden, CO  80401


    */s/ Colette Poeppel*
    Colette Poeppel