| | |
|---|---|
| DISTRICT COURT, PARK COUNTY, COLORADO<br>Court Address:      300 4TH Street<br>                              Fairplay, CO 80440 | |
| Plaintiff: Daniel R. Melson,<br><br>v.<br><br>Defendants: Finance America, LLC d/b/a Fin-Am LLC Originating Lender, Ocwen Loan Servicing, LLC, Original Loan Servicer, Loan No 34974212, the CIT Group/Consumer Financing, Inc., and successor loan servicer, Act. No. 0000900276306, Select Portfolio Servicing, Inc. Loan No. 0008900342, US Bank National Association as Trustee on Behalf of the Holders of the CSMC Trust 2006-CF2 CS Mortgage Pass-Through Certificates Series 2006-CF2, and the Public Trustee of Park County Colorado, et al. | |
| Attorney for Defendant U.S. Bank National Association as Trustee on Behalf of the Holders of the CSMC Trust 2006-CF2 CS Mortgage Pass-Through Certificates Series 2006-CF2:<br><br>CASTLE MEINHOLD & STAWIARSKI, LLC<br><br>Address:            999 18th Street, Suite 2201<br>                           Denver, Colorado  80202<br>Phone Number:  (303) 865-1400<br>FAX Number:   (303) 865-1510<br>E-mail:             dstodden@cmsatty.com<br>                         kgantenbein@cmsatty.com<br>Atty. Reg. #:      33214 (Deanne R. Stodden)<br>                         39213 (Keith A. Gantenbein Jr.) | Case Number:  2009CV286<br><br>Div:  B |
| **NOTICE OF REMOVAL OF CIVIL ACTION BASED UPON FEDERAL QUESTION** | |

        Defendant US Bank National Association as Trustee on Behalf of the Holders of the CSMC Trust 2006-CF2 CS Mortgage Pass-Through Certificates Series 2006-CF2 ("US Bank"), through its attorneys Castle Meinhold & Stawiarski, LLC, by Phillip A. Vaglica, of counsel, gives notice that the above captioned matter has been removed to United States District Court for the District of Colorado as evidenced by the Notice of Removal of Civil Action Based Upon Federal Question attached hereto as Exhibit A.

**EXHIBIT A**

RESPECTFULLY SUBMITTED this 6th day of April, 2010.

        CASTLE MEINHOLD & STAWIARSKI, LLC
*Duly signed original on file with the*
*office of Castle Meinhold & Stawiarski, LLC*

/s/ *Phillip A. Vaglica*
Phillip A. Vaglica, of counsel, Reg. No. 7326

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 6, 2010, a true copy of the foregoing NOTICE OF REMOVAL OF CIVIL ACTION BASED UPON FEDERAL QUESTION was served via LexisNexis File & Serve or by placing same in the United States Mail, first class postage prepaid, addressed as follows:

John R. Swanson, Esq.
1767 Denver West Blvd. Suite A
Golden, CO  80401

*Duly signed original on file with the*
*office of Castle Meinhold & Stawiarski, LLC*

*/s/ Colette Poeppel*
Colette Poeppel

2