| | |
|---|---|
| PARK COUNTY DISTRICT COURT<br>State of Colorado<br>Park County Court House<br>300 4th Street<br>Fairplay, CO 80440 | **EFILED Document**<br>**CO Park County District Court 11th JD**<br>**Filing Date: Oct 10 2009 10:14AM MDT**<br>**Filing ID: 27502856**<br>**Review Clerk: Samantha Vance** |
| Plaintiff:<br><br>DANIEL R. MELSON,<br><br>Defendants:<br><br>Finance America, LLC d/b/a/ Ocwen Loan Servicing, LLC-Original Lender, Ocwen Loan Servicing, LLC-Original Loan Servicer, Loan No. 34974212, The CIT Group/Consumer Financing, Inc., and successor Loan Servicer, Act. No. 00009800276306, Select Portfolio Servicing, Inc., Loan No. 0008900342, US Bank NA, as trustee, on behalf of the holders of the Trust 2006-CF-2 CS, mortgage pass through certificates, series 2006-CF-2, and the Public Trustee of Park County Colorado. | ▲ COURT USE ONLY ▲ |
| Attorneys for Plaintiffs:<br>John W. Swanson ARN 16229<br>Law Office of John W. Swanson<br>1756 Gilpin Street<br>Denver, CO 80218<br>Telephone: 303.861.0174 | Case No.:<br><br>Division: |
| **CIVIL CASE COVER SHEET** ||

1. Simplified Procedure under C.R.C.P. 16.1 does not apply to this case because Plaintiff is seeking a monetary judgment for more than $100,000.00 against the other parties, including any attorney fees, penalties or other damages, but excluding interest and costs.

2

2. The plaintiff makes a Jury Demand at this time and pays the requite fee.
3. This case seeks a Temporary Restraining Order and Injunction.

Respectfully submitted this 10th day of October, 2009:

Law Office of John W. Swanson


___/S/_____
John W. Swanson

2