DISTRICT COURT, PARK COUNTY, COLORADO

Court Address:
  300 Fourth Street
  P O Box 190
  Fairplay, CO  804400000

EFILED Document
CO Park County District Court 11th JD
Filing Date: Dec 15 2009 10:22AM MST
Filing ID: 28512926
Review Clerk: Samantha Vance

^ COURT USE ONLY ^

Case Number: 09CV -000286

**Plaintiff(s):**
  MELSON, DANIEL R., et al
**Defendant(s):**
  U S BANK NA

Div.: B

**NOTICE OF DISMISSAL FOR FAILURE TO PROSECUTE**

---

DISMISSAL DATE: January 13, 2010
Pursuant to Rule 41(b)(2) C.R.C.P., Rule 121, Section 1-10 C.R.C.P., and Rule 341(b)(2) C.R.C.P., this case will be dismissed without prejudice on the dismissal date noted above unless you show cause, by written motion and order prior to the date as to why this case should not be dismissed. YOU WILL NOT RECEIVE A COPY OF THE DISMISSAL ORDER. Any active Protection Order in this case will be vacated upon dismissal.

                    Debra L. McLimans
                    Clerk of Court
                    DISTRICT COURT, PARK COUNTY

DATE: December 14, 2009        BY _Samitha Vance_
                                  Deputy Clerk

CERTIFICATE OF MAILING

I certify that on  12/14/09   (date), I mailed, faxed, (E-filed), or hand-delivered a copy of this Order to the following:

John Swanson
1756 Gilpin St
Denver CO 80218

                               BY _Samitha Vance_
                                  Deputy Clerk

Exhibit B-6