| PARK COUNTY DISTRICT COURT<br>Park County Courthouse<br>300 4th Street<br>Fairplay, CO 80440 | **EFILED Document**<br>**CO Park County District Court 11th JD**<br>**Filing Date: Jan 15 2010 11:49AM MST**<br>**Filing ID: 29049257**<br>**Review Clerk: Samantha Vance** |
|---|---|
| Daniel R. Melson,<br>     Plaintiff,<br><br>v<br><br>US Bank, NA, Park County Public Trustee, et al,<br>     Defendants. | ^COURT USE ONLY^ |
| Attorney for Plaintiff:<br>John W. Swanson, ARN 16229<br>Law Office of John W. Swanson<br>1756 Gilpin Street<br>Denver, CO 80218<br>(303) 861-0174- Telephone | Case No.:<br>Division: |

### AFFIDAVIT OF SERVICE OF PROCESS FOR PARK COUNTY PUBLIC TRUSTEE

1. I, GORDON MINK swear, affirm that I am older than 18 and I am not a party to this suit and declare that I have personal knowledge of the facts set forth in this affidavit. If called as a witness, I would testify to these facts under oath.

2. On ~~December~~ JANUARY 11, ~~2009~~ 2010 I served the COMPLAINT, REQUEST FOR TEMPORARY RESTRAINING ORDER, REQUEST FOR DECLATORY RELIEF, REQUEST FOR INJUNCTION, and REQUEST FOR JURY TRIAL at the **Office of the Park County Trustee at 501 Main Street, Fairplay, CO 80440,** Tele: 719.863.4238 by handing these documents to MICHELLE MILLER PUBLIC TRUSTEE or by leaving them with _____.

Exhibit B-7

3. This completes my affidavit.

## Verification

STATE OF COLORADO  )
                   )  ss.
                   )
COUNTY OF DENVER

I, GORDON M?NK being first duly sworn and upon oath, state that I have read the foregoing Affidavit, know the contents thereof, and that the statements set forth therein are true and correct to the best of my knowledge and belief.

X_____
Process Server Name
Address:
Tele:

Subscribed and sworn to before me this 11 day of January 2010.

X_____
Notary Public:
Address:
Tele:

My commission expires: 5/5/2010

2