| PARK COUNTY DISTRICT COURT<br>Park County Courthouse<br>300 4th Street<br>Fairplay, CO 80440 | **EFILED Document**<br>**CO Park County District Court 11th JD**<br>**Filing Date: Jan 15 2010 11:53AM MST**<br>**Filing ID: 29048877**<br>**Review Clerk: Samantha Vance** |
|---|---|
| Daniel R. Melson,<br>    Plaintiff,<br><br>v<br><br>US Bank, NA, Park County Public Trustee, et al,<br>    Defendants. | ^COURT USE ONLY^ |
| Attorney for Plaintiff:<br>John W. Swanson, ARN 16229<br>Law Office of John W. Swanson<br>1756 Gilpin Street<br>Denver, CO 80218<br>(303) 861-0174- Telephone | Case No.:<br>Division: |

## AFFIDAVIT OF SERVICE OF PROCESS FOR US BANK, NA

1. I, GORDON MINK  swear, affirm that I am older than 18 and I am not a party to this suit and declare that I have personal knowledge of the facts set forth in this affidavit. If called as a witness, I would testify to these facts under oath.

2. On ~~December~~ JANUARY 8, ~~2009~~ 2010 I served the COMPLAINT, REQUEST FOR TEMPORARY RESTRAINING ORDER, REQUEST FOR DECLATORY RELIEF, REQUEST FOR INJUNCTION, and REQUEST FOR JURY TRIAL at the CT Corporation System, Inc. 1675 Broadway, Suite 1200, Denver, CO 80202 by handing these documents to TESS CROMER PROCESS SPECIALIST  or by leaving them with _____.

3. This completes my affidavit.

## Verification

Exhibit B-8

STATE OF COLORADO      )
                       )    ss.
                       )
COUNTY OF DENVER

I, GORDON MINK _____ being first duly sworn and upon oath, state that I have read the foregoing Affidavit, know the contents thereof, and that the statements set forth therein are true and correct to the best of my knowledge and belief.

X _____
Process Server Name
Address:
Tele:

Subscribed and sworn to before me this 8 day of January 2010.

X _____
Notary Public:
Address:
Tele:

My commission expires: 5/8/2010

2