PARK COUNTY DISTRICT COURT
STATE OF COLORADO
Park County Courthouse
300 4th Street
Fairplay, CO 80440

**EFILED Document**
**CO Park County District Court 11th JD**
**Filing Date: Mar  8 2010 12:24PM MST**
**Filing ID: 29931606**
**Review Clerk: Samantha Vance**

Daniel Melson,

    *Plaintiff,*                           ^COURT USE ONLY^

Vs

Finance America, LLC d/b/a/ Fin-Am,
LLC Originating Lender, Ocwen
 Loan Servicer. The CIT Group/Consumer
 Financing, Inc., and successor Servicer,
Select Portfolio Servicing, Inc., and
The Park County Colorado Trustee.

    *Defendants.*                          Case Number: **2009CV286**
                                                    Division: B

_____

# AMMENDED MOTION TO SET ASIDE CASE CLOSUER ORDER AND PROPOSED ORDER

_____

      Plaintiff, Daniel Melson, by and through his attorney, John W. Swanson respectfully moves this Court to set aside the Court Clerk's Automatic Dismissal of this case for "Lack of Progress" and in support states as follows:

1. On December 14, 2009 Park County Colorado Deputy Clerk Samantha Vance issued an order to Plaintiff stating this case would be dismissed without prejudice unless Plaintiff showed cause why the case should not be dismissed. Then, it states: "YOU WILL NOT RECEIVE A COPY OF THE DISMISSAL ORDER." This order was noted as filed in a 'paper format' and 'no additional information was available'.

2. I got a copy of the December 14 Order, some 10 weeks later, on March 1, 2010. The order showed a note that it was "emailed" to me. I have one email registered with this Court and on the LexisNexis system.

3. I have not lost an Order from a Court.  I do not believe I got the Court Clerk's Order at my email address of swansonjohn2@gmail.com.  The order does not identify how it was sent to me. Plaintiff should not be held to harm because I found the Court's

order on my own and with the assistance of LexisNexis staff weeks later. The Order is there but is in an unusual format, an informational order. It does not appear to show it was sent to me. It may have been but I did not find it in my email index.

4. The Order did not take into account that I just had the Public Trustee of Park County personally served in Fairplay. I had served the Return of Service on December 15, 2009, that same day the dismissal order went out. I served the corporate defendants at the Corporation Office for Service at the State of Colorado building Denver Colorado. This is reflected on the Return of Service. I had Washington Mutual Bank served at Chase Bank after four failed attempts at other Chase banks that refused to accept service from a bank they own. Finally, at a local Chase branch the manager accepted service for Washington Mutual. I filed the returns of service with this Court. This was prior to the Clerks' Order. These were reasonable efforts at prosecution of Mr. Melson's case. The defendants other than the Trustee have been served and have elected not to answer or plead.

5. The banks have still not answered or otherwise plead. I have a motion for Default Judgment drafted but I waited for the defendants to answer. I have been prosecuting this case all along and have very little luck since the Defendants, except for the Trustee have not responded. The January 14, 2010 order did get registered on my LexisNexis case index but was not sent to me. Notice to LexisNexis is not and should not be notice to me.

6. If the Plaintiff has to re file his case it will duplicate most of the costs he has paid. The Court filing Fee, $270.00 to reserve the Defendants. Plaintiff has already been evicted and had has great costs to relocate. Refilling will be overly prejudicial to Plaintiff.  Plaintiff may face the problem of the Statute of Limitations issue. They will benefit from their inaction and that it not justice. Of course it is not their problem, it's my problem. I believe I met the rule for service on a new case on the Defendants. I don't understand how they can fight the TRO without responding to the lawsuit. I believe the banks are on actual notice of this suit because the Rule 120 lawyers were hired by them to enter the case.

7. A case may be dismissed by the Court if a party fails to comply with discovery or follow or obey an order of the court. Here, the banks have full knowledge of this case, as they defeated the Request for Temporary Restraining Order and Injunction requests of the Plaintiff.  They made a special appearance for this but did not plead or respond.

## PROSECUTION OF THE CASE

8. Plaintiff's efforts to prosecute are listed here:

> 10.9.09: Plaintiff filed a Complaint, Request of Temporary Restraining Order and Injunction, Request for Declaratory Relief, and Request for Jury Trial.  The case was accepted and a case number was assigned

        2009CV286. This was accepted by the Court and assigned a case number, Transaction number 27502856;

        10.10.09: I got a Rejection Notice from LexisNexis for all the pleadings just filed. All filing fees were non-refundable to Plaintiff. I called LexisNexis and was told the Court Clerk rejected the filing. I called the clerk and was told LexisNexis rejected it;

        10.10.09: I refilled everything and paid the fees again and got the same case number. This time without change it was all accepted;

        10.9.09: Plaintiff filed a notarized version of Plaintiff's Affidavit. Document ID 2488048 and Fax ID KLNX206623 N 2488048XNL 206623;

        10.9.10: Plaintiff filed Plaintiff's Exhibit A and B, Rescission Notices to FINANCE AMERICA, LLC and SELECT PORTFOLIO SERVICING. Cover Sheet for (Fax) ID number 24897823 and Fax ID LNX206620 N 24897823XNL 206620;

        1.15.10: Plaintiff files the Return of Service with the Court on U.S. Bank, N.A. Document ID 26932466 and Fax ID LNX217648 N 26932466XNL 217648;

        _____: Plaintiff files return of service on Washington Mutual. I believe this was filed to the Court;

        10.13.09: Plaintiff files a Request for Temporary Restraining Order and Injunction with the Court as part of his Complaint. This was denied without hearing after the attorneys for the defendants in the Rule 120 case made a special appearance and filed a brief;

        3.6.10: Plaintiff has a draft of a Motion for Default Judgment prepared for filing.

9. No prejudice should fall on Defendants. They hired the same lawyers who prosecuted the Rule 120 case to defend the TRO requested in this case which was denied buy this Court without a hearing. All the parties are the same. The defendants were on notice of this lawsuit but refused to defend the rest of this case. They would get a legal windfall for if this case remains closed, substantially because they did nothing.

**WHEREFORE:** Plaintiff prays this honorable court will reinstate this case or reopen it so Plaintiff can have his day in court on his issues.

Respectfully submitted this 6th day 2010:

**Law Office of John W. Swanson**

___/S/_____
John W. Swanson
Attorney for Plaintiff

PARK COUNTY DISTRICT COURT
STATE OF COLORADO
Park County Courthouse
300 4th Street
Fairplay, CO 80440

**EFILED Document**
**CO Park County District Court 11th JD**
**Filing Date: Mar  8 2010 12:24PM MST**
**Filing ID: 29931606**
**Review Clerk: Samantha Vance**

Daniel Melson,

    *Plaintiff,*

Vs

Finance America, LLC d/b/a/ Fin-Am,
LLC Originating Lender, Ocwen
 Loan Servicer. The CIT Group/Consumer
 Financing, Inc., and successor Servicer,
Select Portfolio Servicing, Inc., and
The Park County Colorado Trustee.

    *Defendants.*

^COURT USE ONLY^

Case Number: **2009CV286**
Division: B

___

# PROPOSED ORDER
___

    This Court having reviewed Plaintiff's Amended Motion to set Aside Case Closure, and after reviewing the Court file and after having reviewed any responsive pleadings makes the following Order:

    There is good cause shown and it is hereby ordered that this case shall be reinstated.

    Dated: _____

    BY THE COURT

_____
Hon. Steven A. Groome
District Court Judge