This document constitutes a ruling of the court and should be treated as such.

|  |  |
|---:|:---|
| **Court:** | CO Park County District Court 11th JD |
| **Judge:** | Stephen Groome |
| **File & Serve Transaction ID:** | 29931606 |
| **Current Date:** | Mar 09, 2010 |
| **Case Number:** | 2009CV286 |
| **Case Name:** | MELSON, DANIEL RAY et al vs. U S BANK NA |

**EFILED Document**
**CO Park County District Court 11th JD**
**Filing Date: Mar  9 2010 11:20AM MST**
**Filing ID: 29955241**
**Review Clerk: Samantha Vance**

**/s/ Judge Stephen Groome**



**GRANTED**

The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.

**Stephen Groome**
**District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

PARK COUNTY DISTRICT COURT
STATE OF COLORADO
Park County Courthouse
300 4th Street
Fairplay, CO 80440

---

Daniel Melson,

    *Plaintiff,*

Vs

Finance America, LLC d/b/a/ Fin-Am,
LLC Originating Lender, Ocwen
Loan Servicer. The CIT Group/Consumer
Financing, Inc., and successor Servicer,
Select Portfolio Servicing, Inc., and
The Park County Colorado Trustee.

    *Defendants.*

^COURT USE ONLY^

Case Number: **2009CV286**
Division: B

---

## PROPOSED ORDER
---

    This Court having reviewed Plaintiff's Amended Motion to set Aside Case Closure, and after reviewing the Court file and after having reviewed any responsive pleadings makes the following Order:

    There is good cause shown and it is hereby ordered that this case shall be reinstated.

    Dated: _____

    BY THE COURT

_____
Hon. Steven A. Groome
District Court Judge