PARK COUNTY DISTRICT COURT
11TH Judicial District
300 4th Street, P.O. Box 190
Fairplay, CO 80440

**EFILED Document**
**CO Park County District Court 11th JD**
**Filing Date: Mar 13 2010  9:12AM MST**
**Filing ID: 30044021**
**Review Clerk: Samantha Vance**

Plaintiff:

Daniel Melson,

V.

Defendants,

U.S. Bank National Association, as trustee,
on behalf of the holders of the Trust 2006-CF2 CS
mortgage pass-through certificates, Series 2006-CF2
and the Public Trustee of Park County Colorado.

^COURT USE ONLY^

Case No.: **2009CV286**
Division: B

Attorney for Respondent:
Law Office of John W. Swanson
John W. Swanson
ARN 16229
1767 Denver West Blvd.
Suite A
Tele: 720.300.8328
Fax: 303.952.9187
Email: Swansonjohn2@gmail.com

# MOTION AND PROPOSED ORDER FOR DEFAULT JUDGMENT

The Law Office of John W. Swanson files this motion and proposed order for default judgment pursuant to Rule 55 (a)(b), Rule 98(a)(c) 2 and Rule 121 Section 1-14 Colorado Rules of Civil Procedure, for default judgment for affirmative relief. The Plaintiff through his attorney states and alleges as follows:

1. **Jurisdiction and Venue:** Jurisdiction of this Court is proper under Article VI, Section 9 of the Colorado Constitution because this is a civil case. Venue for this

action is proper under C.R.C.P 55 (a)(b) and Rule 98 (a)(c) because the case affects rights over real property located in Park County Colorado. Plaintiff resided in Park County when Defendant U.S. Bank N.A. was served on the Corporation Company which accepts service for Park County cases.

2. Plaintiff's address was at 95 Doubletree Road, Bailey CO 80421until he was evicted.  Respondent bank did business in Park County collecting loan payments from Plaintiff on this property. They sent loan documents, legal papers, conducted a successful foreclosure and a Forcible Entry and Detainer case in Park County. The office for the Park County Public Trustee is in Park County

3. **Capacity of Defendants:** Under C.R.C.P Rule 55 (b) Defendants bank and the Trustee are not infants or incompetent people, nor are the defendants in the military service of the United States, or an officer or an agency of the State of Colorado.

4. **Returns of Service:** The original returns of service are on file with this court for U.S. Bank N.A. and the Public Trustee of Park County.

5. **Defendants have failed to plead:** Defendant bank has failed to plead or otherwise defend the allegations in the Complaint.

6. **Damages Hearing:** Plaintiff respectfully requests a hearing to show damages, costs and attorney fees to the Court pursuant to C.R.C.P Rule 55 (b).

WHEREFORE, the Plaintiff respectfully requests an order for default judgment against the Defendant U.S. Bank National Association and in favor of the Plaintiff, Daniel Melson. Plaintiff requests a hearing be set on damages.

Respectfully submitted March 13, 2010:

**Law Office of John W. Swanson**


/S/ John W. Swanson
_____

PARK COUNTY DISTRICT COURT
11TH Judicial District
300 4th Street, P.O. Box 190
Fairplay, CO 80440

**EFILED Document**
**CO Park County District Court 11th JD**
**Filing Date: Mar 13 2010  9:12AM MST**
**Filing ID: 30044021**
**Review Clerk: Samantha Vance**

Plaintiff,

Daniel Melson,

V

U.S. Bank National Association, as trustee,
on behalf of the holders of the Trust 2006-CF2 CS
mortgage pass-through certificates, Series
2006-CF2 and the Public Trustee of Park
County Colorado.

^**COURT USE ONLY**^

Defendants.

Case No.: **2009CV286**
Division: B

Attorney for Plaintiff:
Law Office of John W. Swanson
John W. Swanson
ARN 16229
1767 Denver West Blvd.
Suite A
Tele: 720.300.8328
Fax: 303.952.9187
Email: Swansonjohn2@gmail.com

# PROPOSED ORDER FOR DEFAULT JUDGMENT

This Court after having reviewed Plaintiff's Motion for Default Judgment, and after having reviewed the entire Court file, and after having reviewed any response made by any party makes the following Order:

IT IS HEREBY ORDERED:

That a default judgment shall enter against the Defendant U.S. Bank N.A. and in favor of Plaintiff Daniel Melson. A hearing will be set to hear Plaintiff on the issue of damages.

Dated: _____

BY THE COURT:


_____
Hon. Steven A. Groome
District Court Judge