PARK COUNTY DISTRICT COURT
STATE OF COLORADO
Park County Courthouse
300 4th Street
Fairplay, CO 80440

**EFILED Document**
**CO Park County District Court 11th JD**
**Filing Date: Mar 15 2010 10:34AM MDT**
**Filing ID: 30051254**
**Review Clerk: Samantha Vance**

Daniel Melson,

    *Plaintiff,*

Vs

Finance America, LLC d/b/a/ Fin-Am,
LLC Originating Lender, Ocwen
 Loan Servicer. The CIT Group/Consumer
 Financing, Inc., and successor Servicer,
Select Portfolio Servicing, Inc., and
The Park County Colorado Trustee.

    *Defendants.*

^COURT USE ONLY^

Case Number: **2009CV286**
Division: B

_____

# PLAINTIFF'S REPLY TO DEFENDANT'S COMBINED MOTION TO ENLARGE TIME AND RESPONSE

_____

    Plaintiff, Daniel Melson, by and through his attorney, John W. Swanson Respectfully Reply as follows:

1. The Defendant U.S. Bank, et al entered this case October 15, 2009 and defeated Plaintiff's Motion for a Temporary Restraining Order, without hearing.

2. Now (5) months later, they are asking the Court for an: "opportunity to participate and engage in litigation." Paragraph 15 b of their response. They were in this case for the TRO and they were served and did not respond until Plaintiff's Motion for Default Judgment was filed. They had opportunities to answer and litigate.

3. There is no good cause shown for their delay pursuant to Reap v. Reap, 142 Colo. 345 (sic).

4. The case was reopened after motion and U.S. Bank failed to respond to that. They failed to answer or plead after they were served. They were on notice of this case since they hired opposing counsel to defend the TRO by special appearance. No one

contacted me in their behalf. The draft Motion for Default Judgment was part of the reconsideration of the closure of Plaintiff's case. Defendant U.S. Bank is in default.

**WHEREFORE:** Plaintiff prays this honorable court will deny Defendant's request for an extension and grant the Plaintiff's Motion for Default Judgment.

Respectfully submitted this 15th day of March 2010:

**Law Office of John W. Swanson**

\_\_\_/S/_____
John W. Swanson
Attorney for Plaintiff

PARK COUNTY DISTRICT COURT
STATE OF COLORADO
Park County Courthouse
300 4th Street
Fairplay, CO 80440

**EFILED Document**
**CO Park County District Court 11th JD**
**Filing Date: Mar 15 2010 10:34AM MDT**
**Filing ID: 30051254**
**Review Clerk: Samantha Vance**

---

Daniel Melson,

  *Plaintiff,*            **^COURT USE ONLY^**

Vs

Finance America, LLC d/b/a/ Fin-Am,
LLC Originating Lender, Ocwen
 Loan Servicer. The CIT Group/Consumer
 Financing, Inc., and successor Servicer,
Select Portfolio Servicing, Inc., and
The Park County Colorado Trustee.

  *Defendants.*          Case Number: **2009CV286**
                Division: B

---

# PROPOSED ORDER FOR DEFAULT JUDGMENT
---

  THIS COURT: after having reviewed Plaintiff's Motion for Default Judgment, and after having reviewed the entire Court file, and after reviewing Defendant's Response and request for an extension, and Plaintiff's Reply, makes the following Order:

It is hereby ordered that Plaintiff's Motion for Default Judgment is granted in his favor and against the defendant U.S. Bank and a hearing will be set for damages presentation by Plaintiff.

By The Court:

_____
Hon. Stephen A. Groome
District Court Judge