This document constitutes a ruling of the court and should be treated as such.

|  |  |
|---|---|
| **Court:** | CO Park County District Court 11th JD |
| **Judge:** | Stephen Groome |
| **File & Serve Transaction ID:** | 30051254 |
| **Current Date:** | Mar 15, 2010 |
| **Case Number:** | 2009CV286 |
| **Case Name:** | MELSON, DANIEL RAY et al vs. U S BANK NA |

**EFILED Document**
**CO Park County District Court 11th JD**
**Filing Date: Mar 15 2010  1:53PM MDT**
**Filing ID: 30058714**
**Review Clerk: Samantha Vance**

**/s/ Judge Stephen Groome**

**DENIED**

The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.

**Stephen Groome**
**District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

PARK COUNTY DISTRICT COURT
STATE OF COLORADO
Park County Courthouse
300 4th Street
Fairplay, CO 80440

---

Daniel Melson,

    *Plaintiff,*                                    **^COURT USE ONLY^**

Vs

Finance America, LLC d/b/a/ Fin-Am,
LLC Originating Lender, Ocwen
Loan Servicer. The CIT Group/Consumer
Financing, Inc., and successor Servicer,
Select Portfolio Servicing, Inc., and
The Park County Colorado Trustee.

    *Defendants.*                                Case Number: **2009CV286**
                                                    Division: B

---

## PROPOSED ORDER FOR DEFAULT JUDGMENT
---

       THIS COURT: after having reviewed Plaintiff's Motion for Default Judgment, and after having reviewed the entire Court file, and after reviewing Defendant's Response and request for an extension, and Plaintiff's Reply, makes the following Order:

It is hereby ordered that Plaintiff's Motion for Default Judgment is granted in his favor and against the defendant U.S. Bank and a hearing will be set for damages presentation by Plaintiff.

By The Court:

_____
Hon. Stephen A. Groome
District Court Judge