PARK COUNTY DISTRICT COURT

| DANIEL MELSON | |
|---|---|
| Plaintiff | CASE NO. 2009 CV286 |
| | Division: B |
| vs. | |
| Finance America, LLC d/b/a Fin-Am, LLC Originating lender, Ocwen Loan Servicer, LLC, Original Loan Servicer The CIT Group/Consumer Financing, Inc., and successor loan servicer Act No. 00009000276308, Select Portfolio Servicing, Inc., Loan No. 008000342, US Bank National Association as Trustee on behalf of the holders of the CSMC Trust 2006-CF2 CS Mortgage Pass Through Certificates Series 2006-CF2, Mortgage Electronic Registration Systems, Inc. Mers/Min no 100052300417455481, and the Park County Colorado Trustee. | AFFIDAVIT OF SERVICE OF SUMMONS |
| Defendants | |
| Attorney for Plaintiff: John W. Swanson, ARN 16229 1767 Denver West Blvd., Ste. A Golden, CO 80401 | |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the 23rd day of March, 2010 at 1:09 pm, at the address of 1580 Broadway Suite 2090, Denver, Denver County, CO ; this affiant served the above described documents upon , by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with Pamela Trujillo, Clerk, Corporation Service Co., Registered Agent

No information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Affiant hereby states under penalty of perjury under the laws of the State of _COLORADO_____ that the statement above is true and correct.

_____
Gordon Mink

SUBSCRIBED AND SWORN to before me this, 23rd day of March, 2010

_____
NOTARY PUBLIC in and for the State of Colorado

[Notary seal: GAILE MINK, NOTARY PUBLIC, STATE OF COLORADO]

My Commission Expires: