| DISTRICT COURT, PARK COUNTY, STATE OF COLORADO<br>Court Address: 300 4th Street<br>P.O. Box 190<br>Fairplay C0 80440<br><br>Plaintiff: DANIEL R. MELSON,<br><br>v.<br><br>Defendants: Finance America, LLC d/b/a FinAm. LLC Originating Lender; Ocwen Loan Servicing. LLC – Original Loan Server, Loan No. 34974212; The CIT Group/Consumer Financing, Inc.; and successor Loan Servicer, Act. No. 00009800276306; Select Portfolio Servicing, Inc. Loan No. 0008900342; U.S. Bank NA, as trustee, on behalf of the holders of the Trust 2006-CF-2 CS mortgage pass-through certificates; 2006-CF-2; Mortgage Electronic Registration System, Inc. MERS/MIN No. 100052300417455481; and MICHELLE MILLER, as Public Trustee of Park County, Colorado. | ▲<br><br>**COURT USE ONLY** |
| --- | --- |
| *Attorney for Public Trustee, Michelle Miller*:<br><br>Herbert C. Phillips<br>Park County Attorney<br>Hayes, Phillips, Hoffman & Carberry, P.C.<br>P.O. Box 1046<br>Fairplay, CO 80440<br>Telephone: (719) 836-9005<br>Fax: (719) 836-9010<br>E-mail: hcphillips@hphclaw.com | Case Number: 2009 CV 286<br><br>Courtroom / Division: B |

## DISCLAIMER

The Defendant, Michelle Miller, as Public Trustee of Park County, Colorado, by and through her attorney Herbert C. Phillips, Park County Attorney, responds to Plaintiff's Complaint as follows:

1. The Defendant Public Trustee disclaims all interest in said property except as established by documents of record.

2. The Defendant Public Trustee will abide by an Order of the Court establishing the rights of the parties.

3. The Defendant Public Trustee is without knowledge or information sufficient to for a belief in the truth or falsity of the allegations of the Plaintiff's Complaint, and therefore must deny the same.

WHEREFORE, the Defendant Public Trustee of Park County respectfully disclaims any interest in the subject matter of this action other than as set forth above and requests that no costs be assessed against the Public Trustee.

Respectfully submitted this 6th day of April, 2010.

HAYES, PHILLIPS, HOFFMANN & CARBERRY, P.C.

/s/ Herbert C. Phillips
Herbert C. Phillips
Attorneys for Park County, Colorado
E-FILED PER RULE 121. ORIGINAL SIGNED COPY ON FILE AT THE OFFICES OF HAYES, PHILLIPS, HOFFMANN & CARBERRY, P.C.

Defendant's Address:
501 Main Street
P.O. Box 638
Fairplay, CO 80440

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 6th day of April, 2010, a true and correct copy of the within Disclaimer was filed and served via Lexis Nexus or first class mail to the following:

Michelle Miller
Park County Public Trustee & Treasurer
P. O. Box 638
501 Main Street
Fairplay, CO 80440

John W. Swanson, ARN 16229
Law Office of John W. Swanson
1767 Denver West Blvd., Suite A
Golden, CO 80401

/s/ Mildred L. Axtell