Click to Print                                              Printed on: Tuesday, April 06, 2010 16:10:04 MDT

| Submitted By: | Court | Plaintiff | Defendant |

**Case History Search**
Search Created:
Tuesday, April 06, 2010 16:10:04 MDT

| | | | |
|---|---|---|---|
| **Court:** | CO Park County District Court 11th JD | **Judge:** Groome, Stephen | **File & Serve Live Date:** 10/10/2009 |
| **Division:** | B - Division B | **Case Number:** 2009CV286 | **Document(s) Filed:** 27 |
| **Case Type:** | Other | **Case Name:** MELSON, DANIEL RAY et al vs. U S BANK NA | **Date Range:** All |

1-20 of 20 transactions  <<Prev Page 1 of 1 Next>>

| Transaction | Date/Time | Option | Case Number Case Name | Authorizer Organization | Document Type | Document Title | Size |
|---|---|---|---|---|---|---|---|
| 30416286 | 4/5/2010 6:00 PM MDT | File And Serve | 2009CV286 MELSON, DANIEL RAY et al vs. U S BANK NA | Keith Gantenbein, Castle Meinhold & Stawiarshi LLC-Denver | Answer | Answer of U.S. Bank National Association as Trustee on Behalf of the Holders of the CSMC Trust 2006-CF2 CS Mortgage Pass-THrough Certificates Series 2006-CF2 | 0.1MB |
| 30219985 | 3/24/2010 12:07 PM MDT | File And Serve | 2009CV286 MELSON, DANIEL RAY et al vs. U S BANK NA | John William Swanson, Swanson, John W | Return of Service | RETURN OF SERVICE FOR SELECT PORTFOLIO SERVICING UPON PAMELA TRUJILLO REGISTERED AGENT ON 3-23-10 (NO NOTATION AS TO WHAT DOCUMENTS WERE SERVED) | 0.1MB |
| 30148466 | 3/19/2010 11:03 AM MDT | File And Serve | 2009CV286 MELSON, DANIEL RAY et al vs. U S BANK NA | John William Swanson, Swanson, John W | Complaint - Amended | AMENDED COMPLAINT | 0.1MB |
| 30058714 | 3/15/2010 1:53 PM MDT | File And Serve | 2009CV286 MELSON, DANIEL RAY et al vs. U S BANK NA | Stephen Groome, CO Park County District Court 11th JD | Order | Denied (PROPOSED ORDER FOR DEFAULT JUDGMENT) • Linked to (1) | 0.1MB |
| 30058639 | 3/15/2010 1:52 PM MDT | File And Serve | 2009CV286 MELSON, DANIEL RAY et al vs. U S BANK NA | Stephen Groome, CO Park County District Court 11th JD | Order | Granted w/ Comments (Combined Motion for Enlargement of Time and Response) • Linked to (1) | 0.1MB |
| 30051254 | 3/15/2010 10:34 AM MDT | File And Serve | 2009CV286 MELSON, DANIEL RAY et al vs. U S BANK NA | John William Swanson, Swanson, John W | Reply | REPLY | 0.1MB |
| | | | | | Proposed Order | PROPOSED ORDER FOR DEFAULT JUDGMENT • Linked from (1) | 0.1MB |
| 30046818 | 3/15/2010 8:10 AM MDT | File And Serve | 2009CV286 MELSON, DANIEL RAY et al vs. U S BANK NA | Keith Gantenbein, CASTLE MEINHOLD & STAWIARSKI LLC-DENVER | Response | Combined Motion for Enlargement of Time and Response • Linked from (1) | 0.1MB |
| 30044021 | 3/13/2010 9:12 AM MST | File And Serve | 2009CV286 MELSON, DANIEL RAY et al vs. U S BANK NA | John William Swanson, Swanson, John W | Motion for default judgment | MOTION FOR DEFAULT JUDGMENT | 0.1MB |
| | | | | | Proposed Order | PROPOSED ORDER | 0.1MB |
| 29985226 | 3/10/2010 4:00 PM MST | File And Serve | 2009CV286 MELSON, DANIEL RAY et al vs. U S BANK NA | Not Available, Not Available-n/a | Reopen for Post Judgment | Document filed in paper format--no additional information is available online | 0MB |
| 29955241 | 3/9/2010 | File | 2009CV286 | Stephen | Order | Grant (PROPOSED ORDER) | 0.1MB |

Exhibit B-20

| | Date/Time | Type | Case | Authorizer | Document Type | Document Title | Size |
|---|---|---|---|---|---|---|---|
| | 11:20 AM MST | File And Serve | MELSON, DANIEL RAY et al vs. U S BANK NA | Groome, CO Park County District Court 11th JD | | • Linked to (1) | |
| 29931606 | 3/8/2010 12:24 PM MST | File And Serve | 2009CV286 MELSON, DANIEL RAY et al vs. U S BANK NA | John William Swanson, Swanson, John W | Motion | AMENDED MOTION TO SET ASIDE CASE CLOSUER | 0.1MB |
| | | | | | Proposed Order | PROPOSED ORDER • Linked from (1) | 0.1MB |
| 29048877 | 1/15/2010 11:53 AM MST | File And Serve | 2009CV286 MELSON, DANIEL RAY et al vs. U S BANK NA | John William Swanson, Swanson, John W | Return of Service | RETURN OF SERVICE | 0.1MB |
| 29049257 | 1/15/2010 11:49 AM MST | File And Serve | 2009CV286 MELSON, DANIEL RAY et al vs. U S BANK NA | John William Swanson, Swanson, John W | Return of Service | RETURN OF SERVICE | 0.1MB |
| 29023099 | 1/14/2010 4:00 PM MST | File And Serve | 2009CV286 MELSON, DANIEL RAY et al vs. U S BANK NA | Not Available, Not Available- n/a | Case Closed - Lack of Progress | Document filed in paper format--no additional information is available online | 0MB |
| 28512926 | 12/15/2009 10:22 AM MST | File And Serve | 2009CV286 MELSON, DANIEL RAY et al vs. U S BANK NA | Stephen Groome, CO Park County District Court 11th JD | Notice of Dismissal-Failure to Prosecute | Notice of Dismissal Failure to Prosecute | 0.1MB |
| 27681177 | 10/22/2009 8:53 AM MDT | File And Serve | 2009CV286 MELSON, DANIEL RAY et al vs. U S BANK NA | Stephen Groome, CO Park County District Court 11th JD | Order | Denied Request For A Temporary Restraining Order • Linked to (1) | 0.1MB |
| 27616291 | 10/19/2009 11:09 AM MDT | File And Serve | 2009CV286 MELSON, DANIEL RAY et al vs. U S BANK NA | John William Swanson, Swanson, John W | Reply | PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE TO REQUEST FOR TEMPORARY RESTRAINING ORDER | 0.1MB |
| 27592035 | 10/16/2009 4:00 PM MDT | File And Serve | 2009CV286 MELSON, DANIEL RAY et al vs. U S BANK NA | Not Available, Not Available- n/a | Filing Other | Document filed in paper format--no additional information is available online | 0MB |
| 27563926 | 10/15/2009 8:00 AM MDT | File And Serve | 2009CV286 MELSON, DANIEL RAY et al vs. U S BANK NA | Keith Gantenbein, CASTLE MEINHOLD & STAWIARSKI LLC-DENVER | Response | Response to Motion for Temporary Restraining Order • Linked from (1) | 0.1MB |
| 27502856 | 10/10/2009 10:14 AM MDT | File Only | 2009CV286 MELSON, DANIEL RAY et al vs. U S BANK NA | John William Swanson, Swanson, John W | Complaint and Jury Demand | complaint, request for temporary restraining order and injunction, rquest for declaratory relief and request for jury trial | 0.1MB |
| | | | | | Affidavit | plaintiff's affidavit | 0.1MB |
| | | | | | Exhibit List | plaintiff's exhibits a and b | 0.1MB |
| | | | | | Affidavit | notarized version of plaintiff's affidavit | 0.1MB |
| | | | | | Civil Case Cover Sheet | Civil Case Cover Sheet | 0.1MB |

1-20 of 20 transactions   <<Prev Page 1 of 1 Next>>