UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

CASE NO. _____

DANIEL R. MELSON

    Plaintiff,

vs.

FINANCE AMERICA, LLC d/b/a Fin-Am LLC Originating Lender;
OCWEN LOAN SERVICING, LLC, ORIGINAL LOAN SERVICER, LOAN NO.xxxxxxxx;
THE CIT GROUP/CONSUMER FINANCING, INC., AND SUCCESSOR LOAN SERVICER, ACT. NO.xxxxxxxxxxxxx;
SELECT PORTFOLIO SERVICING, INC. LOAN NO. xxxxxxxxxx;
U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE ON BEHALF OF THE HOLDERS OF THE CSMC TRUST 2006-CF2 CS MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-CF2; and,
THE PUBLIC TRUSTEE OF PARK COUNTY, COLORADO; ET AL.

    Defendant(s).

## CONSENT NOTICE OF REMOVAL OF CIVIL ACTION

Defendant Select Portfolio Servicing, Inc., hereby joins in the Notice of Removal to this Court of the state court action described in said Notice of Removal by Defendant U.S. Bank National Association as Trustee on Behalf of the Holders of the CSMC Trust 2006-CF2 CS Mortgage Pass-Through Certificates Series 2006-CF2.

Dated this ___ day of April, 2010.

_____

Exhibit C