**Appendix B**

## SUPPLEMENTAL CIVIL COVER SHEET FOR NOTICES OF REMOVAL

Pursuant to 28 U.S.C. §§ 1446 - 47 and D.C.COLO.LCivR 81.1, the removing party shall promptly file a copy of each of the state court pleadings.

### Section A - Plaintiffs

Plaintiffs remaining in action at the time of filing the notice of removal
Daniel R. Melson

### Section B - Defendants

Defendants remaining in action at the time of filing the notice of removal
Finance America, LLC dba Fin-Am LLC
Originating Lender, *continued on next page

### Section C - Pending Motions As of Date of Removal
Title of Motion:

1) None
2)
3)
4)

(Use reverse for additional information if necessary)

Date Motion Filed:

### Section D - Hearings

Are hearings set on any motions? If yes, please list motion, date of hearing, and the assigned judge:
None

Castle Meinhold & Stawiarski, LLC

s/ Phillip A. Vaglicia, of counsel
Signature of Attorney for Removing Party
Telephone Number: 303-865-1400
Date: April 6, 2010

State Court Case No.
2010CV286

(Rev. 4/6/06)

OCWEN LOAN SERVICING, LLC, ORIGINAL LOAN SERVICER, LOAN NO.xxxxxxxx;
THE CIT GROUP/CONSUMER FINANCING, INC., AND SUCCESSOR LOAN SERVICER, ACT. NO.xxxxxxxxxxxxx;
SELECT PORTFOLIO SERVICING, INC. LOAN NO. xxxxxxxxxx;
U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE ON BEHALF OF THE HOLDERS OF THE CSMC TRUST 2006-CF2 CS MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-CF2; and,
THE PUBLIC TRUSTEE OF PARK COUNTY, COLORADO; ET AL