```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX027128
Cashier ID: sq
Transaction Date: 04/06/2010
Payer Name: CASTLE MEINHOLD STAWIARSKI
--------------------------------
CIVIL FILING FEE
 For: CASTLE MEINHOLD STAWIARSKI
 Amount:         $350.00
--------------------------------
CHECK
 Check/Money Order Num: 9068
 Amt Tendered: $350.00
--------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

10-CV-784


A fee of $45.00 will be assessed on
any returned check.
```