UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
BYRON WHITE UNITED STATES COURTHOUSE
DENVER, COLORADO 80294

RICHARD P. MATSCH  
SENIOR DISTRICT JUDGE

(303) 844-4627  
FAX (303) 335-2311

April 7, 2010

## MEMORANDUM

TO:      Greg Langham, Clerk  
          s/RPM  
FROM:  Judge Matsch

RE:      Civil Action No.    10-cv-00784-RPM, Melson v. Finance America, LLC

Exercising my prerogative as a senior judge, I request that the referenced case be reassigned.