UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Case No.  10-cv-00784-PAB

DANIEL R. MELSON,

    Plaintiff,

vs.

FINANCE AMERICA, LLC d/b/a Fin-Am LLC Originating Lender;
OCWEN LOAN SERVICING, LLC, ORIGINAL LOAN SERVICER, LOAN NO. XXXX4212;
THE CIT GROUP/CONSUMER FINANCING, INC., AND SUCCESSOR LOAN SERVICER, ACT. NO. XXXXXXXXX6306;
SELECT PORTFOLIO SERVICING, INC. LOAN NO. XXXXXX0342;
U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE ON BEHALF OF THE HOLDERS OF THE CSMC TRUST 2006-CF2 CS MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-CF2; and,
THE PUBLIC TRUSTEE OF PARK COUNTY, COLORADO; ET AL.,

    Defendant(s).

DEFENDANT SELECT PORTFOLIO SERVICING, INC.'S UNOPPOSED
MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE RESPONSIVE
PLEADING

Defendant Select Portfolio Servicing, Inc. ("SPS"), pursuant to Fed.R.Civ.P. 6(b) and D.C.COLO.LCivR 6.1 and 7.1, through its attorney Castle Meinhold & Stawiarski, LLC, by Phillip A. Vaglica, of counsel, requests an enlargement of time of twenty (20) days within which to respond to plaintiff's amended complaint and in support thereof, states as follows:

## I. **CERTIFICATION**

Pursuant to D.C.COLO.LCivR 7.1(A), the undersigned certifies that his office has conferred with counsel for plaintiff and plaintiff's counsel does not oppose this motion.

2

1. On March 19, 2010, Plaintiff filed his amended complaint in Park County (Colorado) District Court.

2. On March 23, 2010, defendant SPS was served with a summons in this matter and its responsive pleading is currently due on April 12, 2010.

3. On April 6, 2010, the undersigned, as counsel for defendant U.S. Bank National Association as Trustee on Behalf of the Holders of the CSMC Trust 2006-CF2 CS Mortgage Pass-Through Certificates Series 2006-CF2 ("U.S. Bank), filed its notice of removal with this court.

4. The undersigned was just last week retained to represent SPS in this matter and needs additional time to confer with its client and review documents in order to prepare a responsive pleading.  Consequently, twenty (20) additional days from the original due date is requested.

5. This motion is not filed for the purpose of delay.  Its granting will not prejudice either the plaintiff or the court, and this is the first request by this defendant for an enlargement of time as to this matter.

WHEREFORE, defendant SPS requests an enlargement of time of twenty (20) days until May 2, 2010, within which to file its responsive pleading to the plaintiff's amended complaint.


[Remainder of page intentionally left blank]

RESPECTFULLY SUBMITTED this 12th day of April, 2010.

CASTLE MEINHOLD & STAWIARSKI, LLC

/s/ Phillip A. Vaglica
Phillip A. Vaglica, of counsel
999 Eighteenth Street, Suite 2201
Denver, Colorado 80202
(303) 865-1400

vaglica@vaglica.com; pvaglica@cmsatty.com
Attorney for Defendant Select Portfolio Servicing, Inc.

CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2010, I have mailed or served the foregoing DEFENDANT SELECT PORTFOLIO SERVICING, INC.'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE RESPONSE to the following non-CM/ECF participant via United States mail, first class postage prepaid to:

   John W. Swanson, Esq.
   Law Office of John W. Swanson
   1767 Denver West Blvd., Ste. A
   Golden, CO  80401

 and to

   Select Portfolio Servicing, Inc.
   c/o Gwen H. Ribar, Esq.
   Wright Finlay & Zak, LLP
   4665 MacARthur Court, Suite 280
   Newport Beach, CA 92660

/s/ Colette Poeppel
Colette Poeppel

3