**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer**

Civil Action No. 10-cv-00784-PAB-BNB

DANIEL R. MELSON,

      Plaintiff,

v.

FINANCE AMERICA, LLC, Originating Lender doing business as FIN-AM LLC,
OEWEN LOAN SERVICING, LLC, Original Loan Servicer, Loan No. 34974212,
THE CIT GROUP/CONSUMER FINANCING, INC., and successor
Loan Servicer, Act. No. 00009800276306,
SELECT PORTFOLIO SERVICING, INC., Loan No. 0008900342,
U.S. BANK, N.A., as trustee, on behalf of the holders of the Trust
2006-CF-2 CS, mortgage pass-through certificates, series 2006-CF-2,
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,
MERS/MIN No. 100052300417455481, and
PUBLIC TRUSTEE OF PARK COUNTY, COLORADO,

      Defendants.

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**Brimmer, J.**

      Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b), United States Magistrate Judge Boyd N. Boland is designated to conduct proceedings in this civil action as follows:

      (X)    Convene a scheduling conference under Fed. R. Civ. P. 16(b) and enter a scheduling order meeting the requirements of D.C.COLO.LCivR 16.2.

      (X)    Conduct such status conferences and issue such orders necessary for compliance with the scheduling order, including amendments or modifications of the scheduling order upon a showing of good cause.

      (X)    Convene such settlement conferences and direct related procedures as may facilitate resolution of this case.

      (X)    Hear and determine pretrial matters, including discovery and other non-dispositive motions.

( )    Conduct hearings, including evidentiary hearings, and submit proposed findings of fact and recommendations for rulings on dispositive motions.

(X)    Conduct a pretrial conference and enter a pretrial order.

IT IS ORDERED that this civil action is referred to the named magistrate judge to proceed according to the designations marked (X) above.

Dated April 13, 2010, at Denver, Colorado.

                **BY THE COURT:**

                **s/ Philip A. Brimmer**
                **Philip A. Brimmer**
                **United States District Judge**