IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00784-PAB-BNB

DANIEL R. MELSON,

Plaintiff,

v.

FINANCE AMERICA, LLC, Originating Lender d/b/a FIN-AM LLC,
OCWEN LOAN SERVICING, LLC, original loan servicer, loan no. 34974212,
THE CIT GROUP/CONSUMER FINANCING, INC., and successor loan servicer act. no. 00009800276306,
SELECT PORTFOLIO SERVICING, INC., loan no. 0008900342,
U.S. BANK, N.A., as trustee, on behalf of the holders of the Trust 2006-CR-2 CS, mortgage pass-through certificates, series 2006-CF-2,
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,
MERS/MIN no. 100052300417455481, and
PUBLIC TRUSTEE OF PARK COUNTY, COLORADO

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendant Select Portfolio Servicing, Inc.'s Unopposed Motion for Enlargement of Time Within Which to File Responsive Pleading** [docket no. 10, filed April 12, 2010] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and defendant Select Portfolio Servicing, Inc. shall answer or respond to the plaintiff's Complaint on or before **May 3, 2010**.

DATED:  April 13, 2010