UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

CASE NO. 10-cv-00784-PAB-BNB

DANIEL R. MELSON,

    Plaintiff,

vs.

FINANCE AMERICA, LLC d/b/a Fin-Am LLC Originating Lender;
OCWEN LOAN SERVICING, LLC, ORIGINAL LOAN SERVICER, LOAN NO. XXXX4212;
THE CIT GROUP/CONSUMER FINANCING, INC., AND SUCCESSOR LOAN SERVICER, ACT. NO. XXXXXXXXX6306;
SELECT PORTFOLIO SERVICING, INC. LOAN NO. XXXXXX0342;
U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE ON BEHALF OF THE HOLDERS OF THE CSMC TRUST 2006-CF2 CS MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-CF2; and,
THE PUBLIC TRUSTEE OF PARK COUNTY, COLORADO; ET AL.

    Defendant(s).

## UNOPPOSED MOTION FOR A TWO-DAY ENLARGEMENT OF TIME TO FILE PROPOSED SCHEDULING ORDER PURSUANT TO FED.R.CIV. P. 6(b) AND D.C.COLO.LCivR 6.1(D)

Defendants Select Portfolio Servicing, Inc. and U.S. Bank National Association as Trustee on Behalf of the Holders of the CSMC Trust 2006-CF2, CS Mortgage Pass-Through Certificates Series 2006-CF2 (collectively, the "Defendants"), through their attorneys, Castle Meinhold & Stawiarski, LLC, by Christopher T. Groen, pursuant to Fed.R.Civ.P. 6(b) and D.C.COLO.LCivR 6.1(D), request an enlargement of time of two days through June 24, 2010 within which to submit a proposed scheduling order to the Court, for reasons set forth as follows:

## I. CERTIFICATION PURSUANT TO D.C.COLO.LCivR 7.1(A)

Pursuant to D.C.COLO.LCivR 7.1(A), the plaintiff's counsel has been contacted as regards the relief requested in this motion and does not object.

## II. RELIEF REQUESTED

1. The scheduling order in this case is due to be filed today, June 22, 2010. The plaintiff is primarily responsible for preparing and circulating the proposed scheduling order. This morning, plaintiff's counsel transmitted a draft of the proposed scheduling order to counsel for the Defendants, however, the attached draft is deficient in that it contains little more than the headings contained within the sample scheduling order found online in Appendix F.1 of the Local Rules of Practice. See attached Exhibit A.

2. As a consequence, counsel for the Defendants has begun the process of drafting a complete scheduling order from its inception in order to ensure that a legitimate scheduling order is submitted to the Court.

3. In order to ensure that the proposed scheduling order meets the aforementioned objectives, counsel for the Defendants hereby requests an enlargement of time through June 24, 2010, in order to submit the proposed scheduling order.

4. This is the Defendants' first request for an enlargement of time as to this matter.

WHEREFORE, Defendants Select Portfolio Servicing, Inc. and U.S. Bank National Association as Trustee on Behalf of the Holders of the CSMC Trust 2006-CF2, CS Mortgage Pass-Through Certificates Series 2006-CF2 request a two-day enlargement of time through June 24, 2010, within which to submit a proposed scheduling order to the Court.

DATED this 22ND day of June, 2010.

                                 CASTLE MEINHOLD & STAWIARSKI, LLC

                                 */s/   Christopher T. Groen*
                                 Christopher T. Groen
                                 999 Eighteenth Street, Suite 2201
                                 Denver, CO 80202
                                 Tel: (303) 865-1400
                                 Fax: (303) 865-1410
                                 E-mail:         cgroen@cmsatty.com
                                 Attorneys for Select Portfolio Servicing, Inc. and
                                 U.S. Bank National Association as Trustee on
                                 Behalf of the Holders of the CSMC Trust 2006-
                                 CF2, CS Mortgage Pass-Through Certificates Series
                                 2006-CF2

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2010, I have mailed or served the foregoing UNOPPOSED MOTION FOR A TWO-DAY ENLARGEMENT OF TIME TO FILE PROPOSED SCHEDULING ORDER PURSUANT TO FED.R.CIV. P.  6(b) AND D.C.COLO.LCivR 6.1(D) to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

  John W. Swanson, Esq.  (via United States mail, first-class postage prepaid)
  Law Office of John W. Swanson
  1767 Denver West Blvd., Ste. A
  Golden, CO  80401

  And clients: Select Portfolio Servicing and U.S. Bank

                                 */s/ Colette Poeppel*
                                 Colette Poeppel