IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. '10-cv-00784-PAB-BNB

DANIEL R. MELSON,

    Plaintiff,

v.

FINANCE AMERICA, SELECT
PORTFOLIO SERVICING, INC.

    Defendants.

---

## PROPOSED SCHEDULING ORDER

---

### 1. DATE OF CONFERENCE AND APPEARANCES OF COUNSEL

The Rule 16(b) Scheduling Conference in this action is June 29, 2010 at 9:30A.M. BEFORE United States Magistrate Judge Boyd N. Boland.

Plaintiff Daniel R. Melson ("Plaintiff") is represented by John W. Swanson of the Law Office of John W. Swanson, 34 S. Holman Way 2F, Golden, Colorado 80401, telephone number 720-300-8328.

Defendant Finance America ("Defendant") is represented by _____ of Castle Meinhold & _____

### 2. STATEMENT OF JURISDICTION

Plaintiff initiated this action by filing a complaint in the District Court for Park County District Court Park County Colorado at case number _____ ("State Action"). Finance America removed the State Action to this Court pursuant to 28 U.S.C.

Exhibit A

4830-9222-5798.1

§§ 1331 and 1441 because, in his Complaint, Plaintiff invokes certain laws of the United States as the basis for many of his requests for relief against Chase.

### 3. STATEMENT OF CLAIMS AND DEFENSES

a.  Plaintiff:  Mr. Melson is seeking injunctive relief to stop further transfer of the property while he continues to try to get alternative financing. He is asking for declaratory relief of his and the defendant's rights and responsibilities. The complaint is for alleged violations of state and Federal law by the defendant in the loan process and ongoing relationships after that. These violations are asserted under Truth in Lending Act ("TILA"), Real Estate Settlement Protection Act ("RESPA") 12 USC 2601, 4 (d), Home Owner Equity Protection Act, ("HOEPA") 15 USC 1639 and Colorado Consumer Credit Code. C.R.S. Section 5-3-403, 106. These claims are for the failure of the defendant to provide required disclosures and other information to the plaintiff.

b.  Defendant Finance America: (Statement) _____

### 4. UNDISPUTED FACTS

The following facts are undisputed:

1. The Truth in Lending Act is a strict liability statute.
2. Mr. Melson caused to be sent Rescission Notices to Defendant and its predecessor.

3.

4.

4830-9222-5798.1

2

## 5. COMPUTATION OF DAMAGES

Plaintiff claims damages of $200-$2,000 for each violation of the lending laws. He is seeking attorney fees and costs for each violation. He is requesting his down payment and all payments made on the property. He is trying to get his property returned to him since he has cancelled his loans with the defendant.

## 6. REPORT OF PRECONFERENCE DISCOVERY AND MEETING UNDER FED. R. CIV. P. 26(f)

a. Date of rule 26(f) meeting. _____(we have done this by phone because we have met in person a number of times).

Prior to and after _____, counsel for the parties have conferred about the nature of the claims asserted, defenses to those claims and amendments of the claims. On _____ counsel for the parties held an additional conference to address the remaining matters set forth in Fed. R. Civ. P. 26(f).

b. Names of each participant and party he/she represented.

John W. Swanson, Esq. representing Plaintiff and Chris Groen, Esq. representing Finance America.

_____ representing Select Services Portfolio.

c. Statement as to when rule 26(a)(1) disclosures were made or will be made. (Not done but discussed)

The parties will serve their disclosures under Rule 26(a)(1) on or before _____.

4830-9222-5798.1         3

d.   Proposed changes, if any, in timing or requirement of disclosures under Fed. R. Civ. P. 26(a)(1).

The parties have stipulated to change the timing under Rule 26(a)(1) so that they will serve their Rule 26(a)(1) disclosures on or before _____.

e.   Statement concerning any agreements to conduct informal discovery:

None. ( We can do this)

f.   Statement concerning any other agreements or procedures to reduce discovery and other litigation costs, including the use of a unified exhibit numbering system:

None.

g.   Statement as to whether the parties anticipate that their claims or defenses will involve extensive electronically stored information, or that a substantial amount of disclosure or discovery will involve information or records maintained in electronic form.

The parties do not anticipate that their claims or defenses will involve extensive electronically stored information, or that a substantial amount of disclosure or discovery will involve information or records maintained in electronic form.

h.   Statement summarizing the parties' discussions regarding the possibilities for promptly settling or resolving the case.

Plaintiff has discussed a framework for settlement with opposing counsel. I have contacted Plaintiff and he is going to work with me to make a Settlement Proposal. This will be done if possible in (3) weeks.

### 7. CONSENT

All parties have not consented to the exercise of jurisdiction of a magistrate judge.

### 8. DISCOVERY LIMITATIONS

4830-9222-5798.1

4

    a.    Modifications which any party proposes on the presumptive numbers of depositions or interrogatories contained in the federal rules.

None.

    b.    Limitations which any party proposes on the length of depositions.

None.

    c.    Limitations which any party proposes on the number of requests for production and/or requests for admission.

None.

    d.    Other Planning or Discovery Orders.

None.

## 9. CASE PLAN AND SCHEDULE

    a.    Deadline for Joinder of Parties and Amendment of Pleadings:

    b.    Discovery Cut-off:

    c.    Dispositive Motion Deadline:

    d.    Expert Witness Disclosure

        1.    The parties shall identify anticipated fields of expert testimony, if any.

        2.    Limitations which the parties propose on the use or number of expert witnesses.

        3.    The parties shall designate all experts and provide opposing counsel and any *pro se* parties with all information specified in Fed. R. Civ. P. 26(a)(2) on or before _____, 2010.

        4.    The parties shall designate all rebuttal experts and provide opposing counsel and any *pro se* party with all information specified in Fed. R. Civ. P. 26(a)(2) on or before _____, 2010.

    e.    Identification of Persons to Be Deposed:

| Name of Deponent | Date of Deposition | Time of Deposition | Expected Length of Deposition |
|---|---|---|---|
| Plaintiff | To be determined | To be determined | One day |
| Defendant bank employee with knowledge of this loan | TBA | TBA | One/half day |

    f.    Deadline for Interrogatories:

    g.    Deadline for Requests for Production of Documents and/or Admissions:

## 10. DATES FOR FURTHER CONFERENCES

*[The magistrate judge will complete this section at the scheduling conference if he or she has not already set deadlines by an order filed before the conference.]*

    a.    A settlement conference will be held on_____ at _____ o'clock ___.m. It is hereby ordered that all settlement conferences that take place before the magistrate judge shall be confidential.

    ( )    *Pro se* parties and attorneys only need be present.

    ( )    *Pro se* parties, attorneys, and client representatives with authority to settle must be present. (NOTE: This requirement is not fulfilled by the presence of counsel. If an insurance company is involved, an adjustor authorized to enter into settlement must also be present.)

    ( )    Each party shall submit a Confidential Settlement Statement to the magistrate judge on or before _____ outlining the facts and issues, as well as the strengths and weaknesses of their case.

    b.    Status conferences will be held in this case at the following dates and times: _____

    c.    A final pretrial conference will be held in this case on _____ at _____ o'clock ___.m. A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than five (5) days before the final pretrial conference.

## 11. OTHER SCHEDULING MATTERS

a.    Identify those discovery or scheduling issues, if any, on which counsel, after a good-faith effort, were unable to reach an agreement.

b.    Anticipated length of trial and whether trial is to the court or jury.

c.    Identify pretrial proceedings, if any, that the parties believe may be more efficiently or economically conducted in the District Court's facility at 212 N. Wahsatch Street, Colorado Springs, Colorado. *[Determination of any such request will be made by the magistrate judge based on the individual needs of the case and the availability of space and security resources.]*

None.

## 12. NOTICE TO COUNSEL AND PRO SE PARTIES

*[The following paragraphs shall be included in the scheduling order:]*

The parties filing motions for extension of time or continuances must comply with D.C.COLO.LCivR 6.1D. by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record, and all *pro se* parties.

Counsel will be expected to be familiar and to comply with the Pretrial and Trial Procedures or Practice Standards established by the judicial officer presiding over the trial of this case.

With respect to discovery disputes, parties must comply with D.C.COLO.LCivR 7.1A.

In addition to filing an appropriate notice with the clerk's office, a *pro se* party must file a copy of a notice of change of his or her address or telephone number with the clerk of the magistrate judge assigned to this case.

In addition to filing an appropriate notice with the clerk's office, counsel must file a copy of any notice of withdrawal, notice of substitution of counsel, or notice of change of counsel's address or telephone number with the clerk of the magistrate judge assigned to this case.

4830-9222-5798.1

## 13. AMENDMENTS TO SCHEDULING ORDER

This scheduling order may be altered or amended only upon a showing of good cause.

DATED: this _____ day of _____, 2010.

BY THE COURT:

_____
United States Magistrate Judge

APPROVED:

| | |
|---|---|
| LAW OFFICE OF JOHN W. SWANSON | CASTLE ... |
| By: *s/*_____ | By: *s/*_____ |
| John W. Swanson, (#16229)<br>34 S. Holman Way 2F<br>Golden, CO 80401<br>Cell: 720.300.8328<br>Fax: 303.952.9187<br>Email: swansonjohn2@gmail.com | ATTORNEYS FOR DEFENDANT |
| ATTORNEYS FOR PLAINTIFF | |