IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00784-PAB-BNB

DANIEL R. MELSON,

Plaintiff,

v.

FINANCE AMERICA, LLC, Originating Lender d/b/a FIN-AM LLC,
OCWEN LOAN SERVICING, LLC, original loan servicer, loan no. 34974212,
THE CIT GROUP/CONSUMER FINANCING, INC., and successor loan servicer act. no. 00009800276306,
SELECT PORTFOLIO SERVICING, INC., loan no. 0008900342,
U.S. BANK, N.A., as trustee, on behalf of the holders of the Trust 2006-CR-2 CS, mortgage pass-through certificates, series 2006-CF-2,
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,
MERS/MIN no. 100052300417455481, and
PUBLIC TRUSTEE OF PARK COUNTY, COLORADO

Defendants.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion for a Two-Day Enlargement of Time to File Proposed Scheduling Order Pursuant to FedR.CIV.P. 6(b) and D.C.Colo.LCivR 6.1 (D)** [docket no. 16, filed June 22, 2010] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and defendants shall submit a proposed scheduling order on or before **June 24, 2010**.

DATED:  June 23, 2010