IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

_____

| | |
|---|---|
| Civil Action No.  10-cv-00784-PAB-BNB | Date: June 29, 2010 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

DANIEL R. MELSON,                                                    John Swanson

                  Plaintiff(s),

v.

FINANCE AMERICA, LLC,
Originating Lender doing business as
Fin-Am LLC
OCWEN LOAN SERVICING, LLC,
Original Loan Servicer, Loan No. 34974212
CIT GROUP, CONSUMER FINANCING, INC., THE and
and successor Loan Servicer, Act. No.
00009800276306
SELECT PORTFOLIO SERVICING, INC.,                Christopher Groen
Loan No. 008900342                                             Phillip Vaglica
US BANK, N.A.,                                                       Christopher Groen
as trustee, on behalf of the holders of the           Phillip Vaglica
Trust 2006-CF-2 CS, mortgage pass-through
certificates, series 2006-CF-2
MORTGAGE ELECTRONIC REGISTRATION SYSTEM,
INC.,
MERS/MIN No. 100052300417455481
PARK COUNTY, PUBLIC TRUSTEE OF
Colorado

                  Defendant(s).

_____

**COURTROOM MINUTES**

_____

**SCHEDULING CONFERENCE**

Court in Session:       9:33 a.m.

-1-

Appearances of counsel.

Court's opening remarks.

Deadline for joinder of parties and amendment of pleadings is: **Elapsed**

Discovery cut-off  is: **December 29, 2010**

The dispositive motion deadline is: **January 21, 2011**

The parties shall designate all experts no later than: **September 29, 2010**

The parties shall designate all rebuttal experts no later than: **November 10, 2010**

Interrogatories and request for production of documents shall be served such that responses are due by the discovery cut off.

Settlement Conference will be held on **September 8, 2010 at 9:00 a.m.**

> Attorneys and client representatives with authority to settle must be present.  (Note: this requirement is not fulfilled by the presence of counsel.  If any insurance company is involved, an adjuster authorized to enter into settlement must also be present.)

Each party shall submit a Confidential Settlement Statement to the Magistrate Judge on or before **September 1, 2010** outlining the facts and issues in the case and the party's settlement position. Counsel shall call Chambers if they feel the settlement conference is premature, or would not be meaningful.  In addition, each party shall disclose what it is willing to offer or accept in settlement.

Pretrial Conference shall be held **March 21, 2011 at 8:30 a.m.**   A proposed Pretrial Order shall be submitted on or before **March 14, 2011**.

Proposed Scheduling Order was approved and entered with interlineations made by the Court.

Court in Recess:        9:47 a.m.        Hearing concluded.            Total time in court: 00:15

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.