IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00784-PAB-BNB

DANIEL R. MELSON,

Plaintiff,

v.

FINANCE AMERICA, LLC, Originating Lender d/b/a FIN-AM LLC,
OCWEN LOAN SERVICING, LLC, original loan servicer, loan no. 34974212,
THE CIT GROUP/CONSUMER FINANCING, INC., and successor loan servicer act. no. 00009800276306,
SELECT PORTFOLIO SERVICING, INC., loan no. 0008900342,
U.S. BANK, N.A., as trustee, on behalf of the holders of the Trust 2006-CR-2 CS, mortgage pass-through certificates, series 2006-CF-2,
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,
MERS/MIN no. 100052300417455481, and
PUBLIC TRUSTEE OF PARK COUNTY, COLORADO

Defendants.
_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      Pursuant to the Scheduling Conference held on June 29, 2010, it is hereby ORDERED that a **Settlement Conference** is set for **September 8, 2010, at 9:00 a.m.** and a **Pretrial Conference** is set for **March 21, 2011, at 8:30 a.m.**, in Courtroom A-401, Fourth Floor, of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.

      IT IS FURTHER ORDERED that the counsel **shall have parties present at the Settlement Conference** who shall have **full authority** to negotiate all terms and demands presented by the case, and **full authority** to enter into a settlement agreement, including an adjustor if an insurance company is involved.  This requirement is not satisfied by the presence of counsel only.

      IT IS FURTHER ORDERED that on or before **September 1, 2010**, counsel for each party shall submit a brief Confidential Settlement Statement by e-mail in PDF format addressed to Boland_Chambers@cod.uscourts.gov. outlining the facts and issues involved in the case and the possibilities for settlement.  **In addition, each Confidential Settlement Statement must**

**contain a specific offer of compromise, including the dollar amount each client will accept or pay in settlement and any essential non-economic terms.**  The Confidential Settlement Statement should **not** be filed with the Clerk of the Court and need not be supplied to opposing counsel.  Failure to submit Confidential Settlement Statements on time may result in the Settlement Conference being vacated.

The Final Pretrial Order shall be submitted pursuant to District of Colorado ECF Procedures V.L.1.b. on or before **March 14, 2011**.  The Final Pretrial Order should be prepared in accordance with Appendix G, D.C.COLO.LCivR.

DATED:  June 29, 2010