**MINUTE ENTRY FOR SETTLEMENT**

TO:  Docketing

FROM:  Boyd N. Boland
United States Magistrate Judge

DATE:  September 8, 2010

RE:  Case No.:  10-cv-00784-PAB-BNB
Case Name:  Melson v. Finance America, LLC, et al.

\_\_\_\_\_  A settlement conference was held today. No settlement was reached as to any claims.

\_\_X\_\_  A settlement conference was held today, and a settlement was reached as to

\_\_\_\_\_  All claims. The parties shall file a motion or stipulation to dismiss on or before **.

\_X\_  Claims between the plaintiff and all defendants other than Finance America, LLC. A motion or stipulation to dismiss the settled claims will be filed on or before **October 8, 2010.**

Settlement conference and preparation time:  5 hrs. 30 min.

Record Made:  Yes

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

\_\_\_\_\_  Supplemental settlement negotiations were held on **.

Time involved: