IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:10-cv-00784-PAB-BNB

DANIEL R. MELSON,

        Plaintiff,

v.

FINANCE AMERICA, LLC d/b/a FIN-AM LLC,
Originating Lender, OCWEN LOAN SERVICING, LLC,
Original Loan Servicer, Loan No. 34974212, the
CIT GROUP/CONSUMER FINANCING, INC., and successor
loan servicer, Act. No. 00009800276306, SELECT PORTFOLIO
SERVICING, INC., Loan No. 0008900342, U.S. BANK NA,
as trustee, on behalf of the holders of the Trust 2006-CF-2 CS,
mortgage pass-through certificates, series 2006-CF-2, and the
PUBLIC TRUSTEE OF PARK COUNTY COLORADO, et al.,

        Defendants.

---

### NOTICE OF BANKRUPTCY FILING BY DEFENDANT FINANCE AMERICA, LLC d/b/a FIN-AM LLC

---

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE** that, on January 9, 2009 (the "Commencement Date"), Finance America, LLC, which as of January 1, 2006, merged into BNC Mortgage LLC (the "Defendant"), commenced a case under chapter 11 of title 11 of the United States Code (11 U.S.C. § 101 *et seq.*) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"). The chapter 11 case bears index no.09-10137 (JMP). A copy of the Defendant's chapter 11 petition is attached hereto as Exhibit A.

    **PLEASE BE ADVISED** that, as of the Commencement Date, any new or further action against the Defendant is stayed pursuant to section 362 of the Bankruptcy Code

{DN038049;1}

(the "Automatic Stay"), which provides, in relevant part, that the filing of the petition operates as a stay, applicable to all entities, of among other things, "the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title . . . ." and of "any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate." 11 U.S.C. § 362(a)(1) & 362(a)(3).

**PLEASE BE FURTHER ADVISED** that any action taken against the Defendant without obtaining relief from the Automatic Stay from the Bankruptcy Court may be void ab initio and may result in a finding of contempt and an assessment of penalties and fines, as appropriate. The Defendant reserves and retains its statutory right to seek relief in the Bankruptcy Court from any judgment, order, or ruling entered in violation of the Automatic Stay.

Dated: October 27, 2010

Respectfully submitted,

**AKERMAN SENTERFITT LLP**

By: s/ Justin Balser
    Justin Balser
Attorneys for Defendant
FINANCE AMERICA, LLC d/b/a FIN-AM LLC

The Kittredge Building
511 Sixteenth Street, Suite 420
Denver, Colorado 80202
Telephone: (303) 260-7712
Facsimile: (303) 260-7714
justin.balser@akerman.com

{DN038049;1}

2

**EXHIBIT A**

New York Southern Live System                                                                                        Page 1 of 2

United States Bankruptcy Court
Southern District of New York

### Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 01/09/2009 at 2:15 PM and filed on 01/09/2009.

**BNC Mortgage LLC**
1901 Main Street
Irvine, CA 92624
Tax ID / EIN: 13-4134566



The case was filed by the debtor's attorney:

**Jacqueline Marcus**
Weil Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153
(212) 310-8000

The case was assigned case number 09-10137-jmp to Judge James M. Peck.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://ecf.nysb.uscourts.gov or at the Clerk's Office, One Bowling Green, New York, NY 10004-1408.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Vito Genna
Clerk, U.S. Bankruptcy Court

New York Southern Live System                                        Page 2 of 2

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/11/2009 12:52:49 | | | |
| PACER Login: | as4440 | Client Code: | |
| Description: | Notice of Filing | Search Criteria: | 09-10137-jmp |
| Billable Pages: | 1 | Cost: | 0.08 |

(Official Form 1) (1/08)

| United States Bankruptcy Court<br>Southern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>BNC Mortgage LLC | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>N/A |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): N/A |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): EIN # 13-4134566 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): N/A |
| Street Address of Debtor (No. and Street, City, and State):<br>1901 Main Street<br>Irvine, CA.     ZIP CODE: 92624 | Street Address of Joint Debtor (No. and Street, City, and State): N/A     ZIP CODE |
| County of Residence or of the Principal Place of Business: Orange | County of Residence or of the Principal Place of Business: N/A |
| Mailing Address of Debtor (if different from street address): N/A    ZIP CODE | Mailing Address of Joint Debtor (if different from street address): N/A   ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):   ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- ☐ Individual (includes Joint Debtors) See Exhibit D on page 2 of this form.
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Mortgage Company** (Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(B).

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

THIS SPACE IS FOR COURT USE ONLY

**Statistical/Administrative Information**
- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors (Consolidated with affiliates)
| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☒ Over 100,000 |

Estimated Assets (Consolidated with affiliates)
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☒ More than $1 billion |

Estimated Liabilities (Consolidated with affiliates)
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☒ More than $1 billion |

NY2:\1924556\03\15BZC03!.DOC\58399.0003

I hereby attest and certify on 2/1/2009 that this document is a full, true and correct copy of the original filed on the court's electronic case filing system.

Clerk, US Bankruptcy Court, SDNY
By Frances Ferguson, Deputy Clerk

(Official Form 1) (1/08) — FORM B1, Page 2

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): BNC Mortgage LLC |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: N/A | Case Number: N/A | Date Filed: N/A |
|---|---|---|
| Location Where Filed: N/A | Case Number: N/A | Date Filed: N/A |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: (see schedule 1 attached hereto) | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: Peck |

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

NOT APPLICABLE

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by § 342(b).

_____     _____
Signature of Attorney for Debtor(s)            Date

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No. (see exhibit attached hereto)

**Exhibit D**
NOT APPLICABLE
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.
If this is a joint petition:
☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.
☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)
NOT APPLICABLE

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).



NY2:\1924536\03\15BZC03!.DOC\58399.0003

(Official Form 1)(1/08)                                                                                                                    FORM B1, Page 3

| Voluntary Petition | Name of Debtor(s): BNC Mortgage LLC |
|---|---|
| *(This page must be completed and filed in every case)* | |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X /s/ Jacqueline Marcus<br>Signature of Attorney for Debtor(s)<br><br>Harvey R. Miller<br>Jacqueline Marcus<br>Printed Name of Attorney for Debtor(s)<br><br>Weil, Gotshal & Manges LLP<br>Firm Name<br><br>767 Fifth Avenue<br>Address<br>New York, New York 10153<br><br>212-310-8000<br>Telephone Number<br><br>January 9, 2009<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br><br>_____<br>Date<br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156. |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X /s/ Lana Franks<br>Signature of Authorized Individual<br><br>Lana Franks<br>Printed Name of Authorized Individual<br><br>Director<br>Title of Authorized Individual<br><br>January 9, 2009<br>Date | |

NY2:\1924536\03\15BZC03!.DOC\58399.0003

## Schedule 1 to Chapter 11 Petition

Each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York.

| Debtor Name | Case No. | Date Filed | Relationship | Judge |
|---|---|---|---|---|
| Lehman Brothers Holdings Inc. | 08-13555 | September 15, 2008 | Parent | Peck |
| LB 745 LLC | 08-13600 | September 17, 2008 | Affiliate | Peck |
| PAMI Statler Arms LLC | 08-13664 | September 23, 2008 | Affiliate | Peck |
| Lehman Brothers Commodity Services Inc. | 08-13885 | October 3, 2008 | Affiliate | Peck |
| Lehman Brothers Finance SA | 08-13887 | October 3, 2008 | Affiliate | Peck |
| Lehman Brothers Special Financing Inc. | 08-13888 | October 3, 2008 | Affiliate | Peck |
| Lehman Brothers OTC Derivatives Inc. | 08-13893 | October 3, 2008 | Affiliate | Peck |
| Lehman Brothers Financial Products Inc. | 08-13902 | October 5, 2008 | Affiliate | Peck |
| Lehman Commercial Paper Inc. | 08-13900 | October 5, 2008 | Affiliate | Peck |
| Lehman Brothers Commercial Corporation | 08-13901 | October 5, 2008 | Affiliate | Peck |
| Lehman Brothers Derivative Products Inc. | 08-13899 | October 5, 2008 | Affiliate | Peck |
| CES Aviation LLC | 08-13905 | October 5, 2008 | Affiliate | Peck |
| CES Aviation V LLC | 08-13906 | October 5, 2008 | Affiliate | Peck |
| Lehman Scottish Finance L.P. | 08-13904 | October 5, 2008 | Affiliate | Peck |
| CES Aviation IX LLC | 10-13907 | October 5, 2008 | Affiliate | Peck |
| Fundo de Investimento Multimercado Credito Privado Navigator Investimento No Exterior | 08-13903 | October 5, 2008 | Affiliate | Peck |
| East Dover Limited | 08-13903 | October 5, 2008 | Affiliate | Peck |
| Luxembourg Residential Properties Loan Finance S.a.r.l. | 09-10108 | January 7, 2009 | Affiliate | Peck |

NY2:\1924536\03\158ZC03!.DOC\58399.0003

## CERTIFICATE OF RESOLUTIONS

I, Lana Franks, being the sole Director of BNC Mortgage LLC (the "Company"), a Delaware limited liability company, do hereby certify that I consented to, adopted, and approved the following resolutions and each and every action effected thereby, in accordance with the requirements of the applicable law and the constitutive documents of the Company, and that these resolutions have not been modified or rescinded and are still in full force and effect as of the current date.

RESOLVED, that in the judgment of the Director it is desirable and in the best interests of the Company, its members, creditors, employees, and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

RESOLVED, that any of the Chief Executive Officer, Executive Vice President, any Senior Vice President, Secretary or Assistant Secretary of the Company be, and hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify petitions and amendments thereto commencing a case under chapter 11 of the Bankruptcy Code (the "Chapter 11 Case") and to cause the same to be filed in the United States Bankruptcy Court for the Southern District of New York at such time or in such other jurisdiction as such person executing the same shall determine; and further

RESOLVED, that the law firm of Weil, Gotshal & Manges LLP is hereby engaged as attorneys for the Company under a general retainer in the Chapter 11 Case, subject to any requisite bankruptcy court approval; and further

RESOLVED, that each of the officers of the Company identified above (as from time to time in office), or other officer of the Company as any such officer shall from time to time designate, and any employees or agents (including counsel) designated by or directed by any such officer (each, an "Authorized Person") be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to execute and file all petitions, schedules, motions, lists, applications, pleadings and other documents, and to take and perform any and all further acts and deeds, which he or she deems necessary, proper or desirable in connection with the Chapter 11 Case, with a view to the successful prosecution of such case; and further

RESOLVED, that each Authorized Person be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to engage and retain all assistance by legal counsel, accountants, financial advisors, restructuring advisors, and other professionals in connection with the Chapter 11 Case as such Authorized Person shall consider necessary, appropriate or convenient for the successful prosecution of such case; and further

RESOLVED, that in connection with the Chapter 11 Case each Authorized Person be, and each hereby is, authorized and empowered, on behalf of and in the name of the Company, to negotiate, execute, deliver, and perform or cause the performance of any loan, security or other agreement, note, other instrument, consent or certificates, or amendment or assignment thereof, as such person considers necessary, appropriate, desirable, or advisable to effectuate borrowings or other financial arrangements that a

NY2:\1924530\03\U58ZC03!.DOC\58899.0001

necessary or appropriate in the interests of the Company, such determination to be evidenced by such execution or taking of such action; and further

RESOLVED, that any action heretofore taken by any Authorized Person in the name or on the behalf of the Company for the purposes and in the reasonable belief that such action was in furtherance of carrying out the purposes of the foregoing resolutions be, and hereby is, ratified, approved and confirmed on behalf of the Company; and further

RESOLVED, that each Authorized Person be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to negotiate, execute, deliver, cause the Company to enter into, certify, file and/or record, and perform or cause the performance of and to consummate the transactions contemplated by, such other agreements, instruments, settlements, releases, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates and other documents, and amendments or assignments thereof, and to take such other actions, as in the judgment of such person shall be or become necessary, proper, and desirable to effectuate the prosecution of the Chapter 11 Case or a successful reorganization of the business of the Company, in each case in such form and with such substance as such Authorized Person may approve, with the execution, delivery, certification, filing or recording thereof or taking of such other action to constitute evidence of such approval; and further

RESOLVED, in connection with the conduct of the business and affairs of the Company during the Chapter 11 Case, each Authorized Person be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company: (i) to negotiate, execute, deliver, enter into, certify, file and/or record any and all of the agreements, instruments, motions, certifications, applications and documents referenced in the foregoing resolutions and such other agreements, instruments, applications, consents, assignments and other documents as may be or become required or as such officers deem appropriate or advisable, and to perform or to cause the performance thereof, with the execution, delivery, certification, filing or recording thereof to constitute evidence of such approval; and (ii) to do such other things as may be required, or as may in their judgment be appropriate or advisable, in order to effectuate fully the foregoing resolutions and the consummation of the transactions contemplated hereby.

IN WITNESS WHEREOF, I have set my hand this 9th day of January, 2009.

/s/ Lana Franks
Lana Franks
Title:  Director



NY2:\1924534\03\15SZC03!.DOC\58399.0003

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------x
                                                              :
In re                                                         :    Chapter 11 Case No.
                                                              :
BNC MORTGAGE LLC,                                             :    09-_____ (JMP)
                                                              :
        Debtor.                                               :
                                                              :
--------------------------------------------------------------x

## LIST OF CREDITORS HOLDING
## THE THIRTY LARGEST UNSECURED CLAIMS

       Please refer to the list of creditors included with the chapter 11 petition of the Debtor's affiliate, Lehman Brothers Holdings Inc., Case No. 08-13555 (JMP). The chapter 11 petition of Lehman Brothers Holdings Inc. is available at http://chapter11.epiqsystems.com/lehman. The list of creditors, dated as of September 15, 2008, sets forth creditors holding the thirty (30) largest unsecured claims against the Debtor and its affiliates.

       The list of creditors has been prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure. This list does not include (i) persons who come within the definition of "insider" set forth in section 101(31) of title 11 of the United States Code, or (ii) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the thirty (30) largest unsecured claims.



NY2:\1924536\03\15BZC03!.DOC\58399.0003

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                              :
In re                                                         :   Chapter 11 Case No.
                                                              :
BNC MORTGAGE LLC,                                             :   09-_____ (JMP)
                                                              :
                    Debtor.                                   :
                                                              :
---------------------------------------------------------------x

## LIST OF CREDITORS[1]

    Contemporaneously herewith, the Debtor has filed a motion (the "Applicability Motion") for an order directing that certain orders in the jointly administered chapter 11 cases of Lehman Brothers Holdings Inc. (Case No. 08-13555) be made applicable to the Debtor's chapter 11 case. On September 15, 2008, Lehman Brothers Holdings Inc. filed a motion[2] requesting a waiver of the requirement for filing a list of creditors pursuant to sections 105(a), 342(a), and 521(a)(1) of title 11 of the United States Code, Rules 1007(a) and 2002(a), (f), and (l) of the Federal Rules of Bankruptcy Procedure, and Rule 1007-1 of the Local Bankruptcy Rules for the Southern District of New York, and General Orders M-133, M-137, M-138, and M-192 of the United States Bankruptcy Court for the Southern District of New York. Upon entry of the order approving the Applicability Motion, the Debtor proposes to furnish its list of creditors to a claims and noticing agent to be engaged by the Debtor.

    The list of creditors will contain only those creditors whose names and addresses were maintained in the Debtor's database or were otherwise ascertainable by the Debtor. The schedule of liabilities to be subsequently filed should be consulted for a list of the Debtor's creditors that is comprehensive and current as of the date of the commencement of this case.

---

[1] The information herein shall not constitute an admission of liability by, nor is it binding on, the Debtor.

[2] The motion was granted and an order entered on September 16, 2008 [Docket No. 52].



NY2:\1924530\03\15BZC03!.DOC\58399.0003

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 27th day of October, 2010, I served a true and correct copy of the foregoing **NOTICE OF BANKRUPTCY FILING BY DEFENDANT FINANCE AMERICA, LLC d/b/a FIN-AM LLC** upon the following by enclosing the documents in an envelope or package provided by an overnight delivery carrier and address to the person(s) at the address as stated below:

John W. Swanson
Law Office of John W. Swanson
1756 Gilpin Street
Denver, Colorado  80218
Telephone:  (970) 861-0174


/s/ Stephanie Jefferson
Stephanie Jefferson

{DN038049;1}