UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

CASE NO. 10-cv-00784-PAB-BNB

DANIEL R. MELSON,

    Plaintiff,

vs.

FINANCE AMERICA, LLC, Originating Lender d/b/a FIN-AM LLC,
OCWEN LOAN SERVICING, LLC, original loan servicer, loan no. 34974212,
THE CIT GROUP/CONSUMER FINANCING, INC., and successor loan servicer act. no. 00009800276306, SELECT PORTFOLIO SERVICING, INC., loan no. 0008900342,
U.S. BANK, N.A., as trustee, on behalf of the holders of the Trust 2006-CR-2 CS, mortgage pass-through certificates, series 2006-CF-2, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., MERS/MIN no. 100052300417455481, and
PUBLIC TRUSTEE OF PARK COUNTY, COLORADO
    Defendant(s).

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS SELECT PORTFOLIO SERVICING, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AND U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE ON BEHALF OF THE HOLDERS OF THE CSMC TRUST 2006-CF2, CS MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-CF2**

    Plaintiff Daniel R. Melson and Defendants Select Portfolio Servicing, Inc., Mortgage Electronic Registration Systems, Inc., and U.S. Bank National Association as Trustee on Behalf of the Holders of the CSMC Trust 2006-CF2, CS Mortgage Pass-Through Certificates Series 2006-CF2 (collectively, the "Defendants"), through their respective attorneys, The Law Office of John W. Swanson and Castle Meinhold & Stawiarski, LLC, hereby stipulate to the dismissal with prejudice of the Defendants and all claims against them, each party to bear its own fees and costs.

DATED this 29th day of October, 2010.

| LAW OFFICE OF JOHN W. SWANSON | CASTLE MEINHOLD & STAWIARSKI, LLC |
|---|---|
| By:  s/ John W. Swanson<br>     John W. Swanson, (#16229)<br>     34 S. Holman Way 2F<br>     Golden, CO 80401<br>     Cell: 720.300.8328<br>     Fax: 303.952.9187<br>     Email: swansonjohn2@gmail.com<br><br>ATTORNEYS FOR PLAINTIFF | By: s/ Christopher T. Groen<br>     Phillip A. Vaglica, of counsel<br>     Christopher T. Groen<br>     999 – 18th Street, Suite 2201<br>     Denver, CO  80202<br>     Phone:  303-865-1400<br>     Fax:  303-865-1410<br>     Email:  pvaglica@cmsatty.com;<br>            vaglica@vaglica.com;<br>            cgroen@cmsatty.com<br>ATTORNEYS FOR DEFENDANTS Select Portfolio Servicing, Inc., Mortgage Electronic Registration Systems, Inc., and U.S. Bank National Association as Trustee on Behalf of the Holders of the CSMC Trust 2006-CF2, CS Mortgage Pass-Through Certificates Series 2006-CF2 |

2