IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| **Civil Action No.** 10-cv-00784-PAB- BNB | FTR BNB COURTROOM A 401 |
| **Date:** December 15, 2010 | Geneva D. Mattei, Deputy Clerk |

DANIEL R. MELSON,                                                     John Swanson

               Plaintiff(s),

v.

FINANCE AMERICA, LLC,
Originating Lender
doing business as
Fin-Am LLC
OCWEN LOAN SERVICING, LLC
Original Loan Services, Loan No. 34974212
CIT GROUP/CONSUMER FINANCING, INC., THE
and successor Loan Services, Act. No.
00009800276306

               Defendant(s).

## COURTROOM MINUTES

**STATUS CONFERENCE**

Court in Session:        8:59 a.m.

Court calls case.

Appearances of Counsel

Court questions counsel concerning status of case.

Counsel advises the Court.

Court in Recess:   9:05 a.m.     Hearing concluded.     Total time in court: 00:06

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.