IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. '10-cv-00784-PAB-BNB

DANIEL R. MELSON,

    Plaintiff,

v.

FINANCE AMERICA, LLC, OCWEN LOAN SERVICING, THE CIT GROUP/CONSUMER FINANCING INC.

    Defendants.

## PLAINTIFF'S MOTION TO DISMISS REMAINING PARTIES

Plaintiff Daniel R. Melson through his attorney John W. Swanson moves to dismiss the remaining defendants as follows:

1. FINANCE AMERICA, LLC. without prejudice.
2. OCWEN LOAN SERVICING with prejudice.
3. THE CIT GROUP/CONSUMER FINANCING, INC. with prejudice.

Respectfully submitted this 17th day of December 2010:

LAW OFFICE OF JOHN W. SWANSON

By:  s/ John W. Swanson

    John W. Swanson, (#16229)
    34 S. Holman Way 2F
    Golden, CO 80401
    Cell: 720.300.8328
    Fax: 303.952.9187
    Email: swansonjohn2@gmail.com

4830-9222-5798.1

A<small>TTORNEY FOR</small> P<small>LAINTIFF</small>