**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. '10-cv-00784-PAB-BNB

DANIEL R. MELSON,

      Plaintiff,

v.

FINANCE AMERICA, LLC, OCWEN LOAN SERVICING, THE CIT
GROUP/CONSUMER FINANCING INC.

      Defendants.

---

**PLAINTIFF'S MOTION TO DISMISS REMAINING PARTIES**

---

Plaintiff Daniel R. Melson through his attorney John W. Swanson moves to dismiss the

remaining defendants as follows:

    1.  FINANCE AMERICA, LLC. without prejudice.

    2.  OCWEN LOAN SERVICING with prejudice.

    3.  THE CIT GROUP/CONSUMER FINANCING, INC. with prejudice.

Respectfully submitted this 17th day of December 2010:

LAW OFFICE OF JOHN W. SWANSON


By:  s/ John W. Swanson

---

      John W. Swanson, (#16229)
      34 S. Holman Way 2F
      Golden, CO 80401
      Cell: 720.300.8328
      Fax: 303.952.9187
      Email: swansonjohn2@gmail.com

ATTORNEY FOR PLAINTIFF