IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00784-PAB-BNB

DANIEL R. MELSON,

      Plaintiff,

v.

FINANCE AMERICA, LLC,
OCWEN LOAN SERVICING, LLC,
THE CIT GROUP/CONSUMER FINANCING, INC., and
PUBLIC TRUSTEE OF PARK COUNTY,

      Defendants.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

      This matter is before the Court on plaintiff's Amended Motion to Dismiss Remaining Parties [Docket No. 38]. Plaintiff "moves to dismiss" the remaining defendants in this action. The motion, however, complies with Federal Rule of Civil Procedure 41(a)(1)(A)(i), which provides that the "plaintiff may dismiss an action *without a court order* by filing: . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." (emphasis added) Furthermore, "[*u*]*nless the notice or stipulation states otherwise*, the dismissal is without prejudice." Fed. R. Civ. P. 41(a)(1)(B) (emphasis added). Therefore, the case was dismissed as of the entry of plaintiff's motion. No Court order is necessary.

      DATED January 6, 2011.